

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOSTON SCIENTIFIC CORP.,

    Plaintiff,

v.

MEDTRONIC INC.,

    Defendant.

No. C 02-00790 SI

**ORDER**

    IT IS ORDERED that this case shall be referred to the E.Filing Program pursusant to General Order 45.

Dated: 3/21/06

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BOSTON SCIENTIFIC CORP.,

    Plaintiff,

v.

MEDTRONIC INC.,

    Defendant.

Case Number: CV02-00790 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 22, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dominic E. Massa
Hale and Dorr LLP
60 State Street
Boston, MA 02109

Hugh A. Abrams
Sidley Austin Brown & Wood
10 S. Dearborn Street
Chicago, IL 60603

James R. Warnot
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6069

Dated: March 22, 2006

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk