UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>Defendants. | Case No. C 02 0790 SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE TO DECEMBER 1, 2006** |
| CORDIS CORPORATION,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Counterclaim-Defendants. | |

**[PROPOSED] ORDER GRANTING STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE TO DECEMBER 1, 2006**

IT IS ORDERED that the Parties' stipulation to continue the Case Management Conference to December 1, 2006 at 2:30 p.m. is hereby GRANTED.

DATED: October ___, 2006.

_____
SUSAN ILLSTON
United States District Judge

CH1 3635502v.1