UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. C 02 0790 SI |
| vs. | ) ) ) | **[PROPOSED] ORDER GRANTING STIPULATION CONCERNING FILING DOCUMENTS UNDER SEAL** |
| JOHNSON & JOHNSON and CORDIS CORPORATION, | ) ) ) | |
| Defendants. | ) ) | |
| CORDIS CORPORATION, | ) ) ) | |
| Counterclaim-Plaintiff, | ) ) | |
| v. | ) ) | |
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH, | ) ) ) ) ) | |
| Counterclaim-Defendants. | ) ) | |

**[PROPOSED] ORDER GRANTING STIPULATION CONCERNING FILING
DOCUMENTS UNDER SEAL**

IT IS ORDERED that the Parties' Stipulation Concerning Filing Documents

Under Seal is hereby GRANTED.

DATED:  October ___, 2006.

_____
SUSAN ILLSTON
United States District Judge

**[PROPOSED] ORDER GRANTING STIPULATION CONCERNING FILING DOCUMENTS
UNDER SEAL / CASE NO. 02 C 0790 SI**

CH1 3638146v.1