UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>　　　　　Defendants.<br><br>CORDIS CORPORATION,<br><br>　　　　　Counterclaim-Plaintiff,<br><br>　　v.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>　　　　　Counterclaim-Defendants. | Case No. C 02 0790 SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATION CONCERNING FILING DOCUMENTS UNDER SEAL** |

**[PROPOSED] ORDER GRANTING STIPULATION CONCERNING FILING DOCUMENTS UNDER SEAL**

IT IS ORDERED that the Parties' Stipulation Concerning Filing Documents Under Seal is hereby GRANTED.

DATED: November ___, 2006.

_____
SUSAN ILLSTON
United States District Judge

**[PROPOSED] ORDER GRANTING STIPULATION CONCERNING FILING DOCUMENTS UNDER SEAL / CASE NO. 02 C 0790 SI**

CH1 3662981v.1