UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

BOSTON SCIENTIFIC CORPORATION, )
BOSTON SCIENTIFIC SCIMED, INC., )
SCIMED LIFE SYSTEMS, INC., and )
SCHNEIDER (EUROPE) GmbH, )
) Case No. C 02 0790 SI
Plaintiffs, )
) **[PROPOSED] ORDER**
vs. ) **CORRECTING SEPTEMBER 19,**
) **2006 RULING**
JOHNSON & JOHNSON and CORDIS )
CORPORATION, )
)
Defendants. )
_____)
)
CORDIS CORPORATION, )
)
Counterclaim-Plaintiff, )
)
v. )
)
BOSTON SCIENTIFIC CORPORATION, )
BOSTON SCIENTIFIC SCIMED, INC., )
SCIMED LIFE SYSTEMS, INC., )
and SCHNEIDER (EUROPE) GmbH, )
)
Counterclaim-Defendants. )
_____)

The text on page 14 of the *Order Granting Plaintiffs' Motion for Reconsideration of Claim Construction and Declaring No Interference-in-Fact* (September 19, 2006) is hereby corrected as shown below:

> Using the two-way test described above and applied in the previous order, the ~~'594 patent does~~ claims of the Kastenhofer patents do not anticipate or render obvious ~~any of the Kastenhofer product patents~~ the claims of the '594 patent if it is assumed that the ~~'594 patent is~~ Kastenhofer patents are prior art to the ~~Kastenhofer patents~~ '594 patent. *See Medichem, S.A.*, 353 F.3d at 934. The ~~Kastenhofer patents are~~ claims of the '594 patent are not anticipated by the ~~'594 patent~~ claims of the Kastenhofer patents because the Kastenhofer patents do not require the claim element "chemically bonded." In addition, the ~~Kastenhofer patents are~~ claims of the '594 patent are not rendered obvious by the ~~'594 patent~~ claims of the Kastenhofer patents because there is no evidence that a "hypothetical person having ordinary skill in the art" would regard ~~Kastenhofer patents~~ the claims of the '594 patent as obvious in light of the ~~'594 patent~~ claims of the Kastenhofer patents.

-1-
**PROPOSED ORDER CORRECTING SEPTEMBER 19, 2006 RULING**
**CASE NO. 02 C 0790 SI**

-2-

1     IT IS SO ORDERED.

3     DATED: December ___, 2006.           _____

4                                               SUSAN ILLSTON
                                              United States District Judge