# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC. and SCHNEIDER (EUROPE) GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>Defendants. | Civil Action No. 02-0790 SI (filed Feb. 14, 2002)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF BSC'S *EX PARTE* REQUEST ON NOVEMBER 13, 2006 TO FILE DOCUMENTS UNDER SEAL**<br><br>**[Civil L.R. 7-10, 79-5, Illston S.O. ¶ 3]** |
| CORDIS CORPORATION<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC. and SCHNEIDER (EUROPE) GmbH,<br><br>Counterclaim Defendants. | |

proposed order granting request to file under seal 11.13.061.DOC

1

ORDER GRANTING REQUEST TO FILE DOCUMENTS UNDER SEAL
Case No. 02 0790 SI

US1DOCS 5929362v1

**ORDER**

Upon consideration of Plaintiff Boston Scientific's *Ex Parte* Request on November 13, 2006, To File Documents Under Seal, and the Court being fully advised in the matter

IT IS HEREBY ORDERED THAT:

1. Boston Scientific's request is GRANTED.

2. The Clerk of the Court is directed to file under seal the Confidential Version of Boston Scientific's Combined Opposition to Cordis's Motions For (1) Immediate Appeal On Cordis's Interference Claim, (2) Bifurcation Of Patent Infringement Trials, And (3) Leave To Amend To Assert Inequitable Conduct, and Exhibits A, B, C, D, and E to Massa Declaration.

SO ORDERED.

Dated: _____

SUSAN ILLSTON
United States District Judge