UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>    Defendants. | Case No. C 02 0790 SI<br><br>**[PROPOSED] ORDER GRANTING EX-PARTE APPLICATION CONCERNING FILING DOCUMENTS UNDER SEAL** |
| CORDIS CORPORATION,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>    Counterclaim-Defendants. | |

**[PROPOSED] ORDER GRANTING EX-PARTE APPLICATION CONCERNING FILING DOCUMENTS UNDER SEAL**

IT IS ORDERED that Cordis's Ex-Parte Application Concerning Filing Documents Under Seal is hereby GRANTED.

DATED: December ____, 2006.

_____
SUSAN ILLSTON
United States District Judge

[PROPOSED] ORDER GRANTING EX-PARTE APPLICATION CONCERNING FILING
DOCUMENTS UNDER SEAL / CASE NO. 02 C 0790 SI

CH1 3695521v.1