[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>Defendants.<br><br>CORDIS CORPORATION,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Counterclaim-Defendants. | No. C 02-790 SI (filed Feb. 14, 2002)<br><br>**STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER FOR CASE NO. 02 C 0790 SI** |

**STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER**

Plaintiff Boston Scientific Corporation ("BSC") and Defendants Johnson & Johnson and Cordis Corporation ("Cordis") jointly move for modifications to the schedule regarding Cordis' Motion for Partial Summary Judgment, filed December 22, 2006, and to the Court's December 6, 2006 Order Regarding Pretrial and Trial Dates ("Scheduling Order") to accommodate the schedules of counsel for the parties and to add certain deadlines for litigation events not previously addressed in the Scheduling Order.

The Parties respectfully request that the Court grant their joint motion to modify certain dates of the Scheduling Order, and propose the following modifications:

1. <u>Cordis' Motion for Partial Summary Judgment</u>

BSC will file its Opposition on January 26, 2007. Cordis will file its Reply on February 9, 2007. Hearing on Cordis' Motion reset to February 23, 2007 at 11:00 a.m.

2. <u>Final Infringement Contentions</u>

BSC and Cordis will serve final infringement contentions on February 12, 2007.

3. <u>Final Invalidity Contentions</u>

BSC and Cordis will serve final invalidity contentions on February 28, 2007.

4. <u>Rebutting a Claim of Willful Infringement</u>

On February 28, 2007, a party that wishes to rely upon an opinion of counsel to rebut a claim of willful infringment will produce its opinions of counsel and related privileged documents.

5. <u>Further Case Management Conference</u>

Reset to April 6, 2007 at 2:30 p.m.

6. <u>Trial</u>

Reset to October 9, 2007 at 8:30 a.m.

7. All other dates set forth in the existing Scheduling Order will remain unchanged.

Dated: January 12, 2007

By: /s Dominic E. Massa

William F. Lee (Admitted in N.D. Cal.)
(william.lee@wilmerhale.com)
Dominic E. Massa (*Pro Hac Vice*)
(dominic.massa@wilmerhale.com)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Craig R. Compton (SBN 215491)
(compton@fr.com)
Michael R. Headley (SBN 220834)
(headley@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiffs-Counterclaim
Defendants BOSTON SCIENTIFIC
CORPORATION, BOSTON SCIENTIFIC
SCIMED, INC., SCIMED LIFE
SYSTEMS, INC., and SCHNEIDER
(EUROPE) GmbH

By: /s William H. Baumgartner, Jr.

Robert B. Morrill (SBN 035488)
(rmorrill@sidley.com)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

David T. Pritikin (*Pro Hac Vice*)
(dpritikin@sidley.com)
William H. Baumgartner, Jr. (*Pro Hac Vice*)
(wbaumgartner@sidley.com)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Defendants
JOHNSON & JOHNSON and
CORDIS CORPORATION

## **SUPPLEMENTAL CASE MANAGEMENT ORDER**

| Event | Current Date | New Date |
|---|---|---|
| BSC's Opposition to Cordis' Motion for Partial Summary Judgment | January 12, 2007 | January 26, 2007 |
| Cordis' Reply regarding its Motion for Partial Summary Judgment | January 19, 2007 | February 9, 2007 |
| Hearing on Cordis' Motion for Partial Summary Judgment | February 2, 2007, 11:00 a.m. | February 23, 2007, 11:00 a.m. |
| The parties will serve final infringement contentions | Not specified | February 12, 2007 |
| The parties will serve final invalidity contentions | Not specified | February 28, 2007 |
| A party that wishes to rely upon an opinion of counsel to rebut a claim of willful infringement will produce its opinions of counsel and related privileged documents | Not specified | February 28, 2007 |
| Further Case Management Conference | April 27, 2007, 2:30 p.m. | April 6, 2007, 2:30 p.m. |
| Trial | October 1, 2007, 8:30 a.m. | October 9, 2007, 8:30 a.m. |

Dated: _____   _____
SUSAN ILLSTON
United States District Judge