[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>Defendants. | No. C 02-790 SI (filed Feb. 14, 2002)<br><br>**STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER FOR CASE NO. 02 C 0790 SI**<br><br>CORRECTED |
| CORDIS CORPORATION,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Counterclaim-Defendants. | |

**STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER**

1  Plaintiff Boston Scientific Corporation ("BSC") and Defendants Johnson & Johnson and
2  Cordis Corporation ("Cordis") jointly move for modifications to the schedule regarding Cordis'
3  Motion for Partial Summary Judgment, filed December 22, 2006, and to the Court's December 6,
4  2006 Order Regarding Pretrial and Trial Dates ("Scheduling Order") to accommodate the schedules
5  of counsel for the parties and to add certain deadlines for litigation events not previously addressed
6  in the Scheduling Order.

7  The Parties respectfully request that the Court grant their joint motion to modify certain dates
8  of the Scheduling Order, and propose the following modifications:

9      1.    <u>Cordis' Motion for Partial Summary Judgment</u>

10  BSC will file its Opposition on January 26, 2007. Cordis will file its Reply on February 9,
11  2007. Hearing on Cordis' Motion reset to February 23, 2007 at 1~~1:00 a.m.~~ 9:00 a.m.

12      2.    <u>Final Infringement Contentions</u>

13  BSC and Cordis will serve final infringement contentions on February 12, 2007.

14      3.    <u>Final Invalidity Contentions</u>

15  BSC and Cordis will serve final invalidity contentions on February 28, 2007.

16      4.    <u>Rebutting a Claim of Willful Infringement</u>

17  On February 28, 2007, a party that wishes to rely upon an opinion of counsel to rebut a claim
18  of willful infringment will produce its opinions of counsel and related privileged documents.

19      5.    <u>Further Case Management Conference</u>

20  Reset to April 6, 2007 at 2:30 p.m.

21      6.    <u>Trial</u>

22  Reset to October 9, 2007 at 8:30 a.m.

23      7.    All other dates set forth in the existing Scheduling Order will remain unchanged.

-1-
**SUPPLEMENTAL CASE MANAGEMENT STATEMENT / CASE NO. 02 C 0790 SI**

Dated: January 12, 2007

By: /s Dominic E. Massa

William F. Lee (Admitted in N.D. Cal.)
(william.lee@wilmerhale.com)
Dominic E. Massa (*Pro Hac Vice*)
(dominic.massa@wilmerhale.com)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Craig R. Compton (SBN 215491)
(compton@fr.com)
Michael R. Headley (SBN 220834)
(headley@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiffs-Counterclaim
Defendants BOSTON SCIENTIFIC
CORPORATION, BOSTON SCIENTIFIC
SCIMED, INC., SCIMED LIFE
SYSTEMS, INC., and SCHNEIDER
(EUROPE) GmbH

By: /s William H. Baumgartner, Jr.

Robert B. Morrill (SBN 035488)
(rmorrill@sidley.com)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

David T. Pritikin (*Pro Hac Vice*)
(dpritikin@sidley.com)
William H. Baumgartner, Jr. (*Pro Hac Vice*)
(wbaumgartner@sidley.com)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Defendants
JOHNSON & JOHNSON and
CORDIS CORPORATION

-2-

**SUPPLEMENTAL CASE MANAGEMENT STATEMENT / CASE NO. 02 C 0790 SI**

## **SUPPLEMENTAL CASE MANAGEMENT ORDER**

| Event | Current Date | New Date |
|---|---|---|
| BSC's Opposition to Cordis' Motion for Partial Summary Judgment | January 12, 2007 | January 26, 2007 |
| Cordis' Reply regarding its Motion for Partial Summary Judgment | January 19, 2007 | February 9, 2007 |
| Hearing on Cordis' Motion for Partial Summary Judgment | February 2, 2007, 11:00 a.m. | February 23, 2007, 11:00 a.m. |
| The parties will serve final infringement contentions | Not specified | February 12, 2007 |
| The parties will serve final invalidity contentions | Not specified | February 28, 2007 |
| A party that wishes to rely upon an opinion of counsel to rebut a claim of willful infringement will produce its opinions of counsel and related privileged documents | Not specified | February 28, 2007 |
| Further Case Management Conference | April 27, 2007, 2:30 p.m. | April 6, 2007, 2:30 p.m. |
| Trial | October 1, 2007, 8:30 a.m. | October 9, 2007, 8:30 a.m. |

Dated: _____   _____
SUSAN ILLSTON
United States District Judge