[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHNSON & JOHNSON and CORDIS CORPORATION, <br><br> Defendants. | No. C 02-790 SI (filed Feb. 14, 2002) <br><br> **STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER FOR CASE NO. 02 C 0790 SI** |
| CORDIS CORPORATION, <br><br> Counterclaim-Plaintiff, <br><br> vs. <br><br> BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH, <br><br> Counterclaim-Defendants. | |

**STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER**

Plaintiff Boston Scientific Corporation ("BSC") and Defendants Johnson & Johnson and Cordis Corporation ("Cordis") respectfully request that the Court modify the current case schedule (set forth in the January 17, 2007 Corrected Supplemental Case Management Order) as described in the table below. All other dates set forth in the existing scheduling order, including the trial date, remain unchanged.

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| The parties will supplement interrogatory responses related to accused products. BSC will supplement its responses to interrogatories 1-12 in Cordis's Second Set of Interrogatories and Cordis will supplement its responses to Boston Scientific interrogatories 1, 2, 7, 8, 9, 21-22, 35-38, 42-52, 54-57 and 71-74. | Not Specified | February 23, 2007 |
| The parties will serve final infringement contentions. | February 12, 2007 | February 28, 2007 |
| The parties will serve final invalidity contentions | February 28, 2007 | March 7, 2007 |
| A party that wishes to rely upon an opinion of counsel to rebut a claim of willful infringement will produce its opinions of counsel and related privileged documents. | February 28, 2007 | March 7, 2007 |

Dated: February 12, 2007

By: /s/ Dominic E. Massa

William F. Lee (Admitted in N.D. Cal.)
(william.lee@wilmerhale.com)
Dominic E. Massa (*Pro Hac Vice*)
(dominic.massa@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Craig R. Compton (SBN 215491)
(compton@fr.com)
Michael R. Headley (SBN 220834)
(headley@fr.com)
FISH & RICHARDSON P.C.

By: /s/ William H. Baumgartner, Jr.

Robert B. Morrill (SBN 035488)
(rmorrill@sidley.com)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

David T. Pritikin (*Pro Hac Vice*)
(dpritikin@sidley.com)
William H. Baumgartner, Jr. (*Pro Hac Vice*)
(wbaumgartner@sidley.com)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

| | | |
|---|---|---|
| 1 | 500 Arguello Street, Suite 500 | Attorneys for Defendants |
| 2 | Redwood City, California 94063 | JOHNSON & JOHNSON and |
|   | Telephone: (650) 839-5070 | CORDIS CORPORATION |
| 3 | Facsimile: (650) 839-5071 | |

4  Attorneys for Plaintiffs-Counterclaim
   Defendants BOSTON SCIENTIFIC
5  CORPORATION, BOSTON SCIENTIFIC
   SCIMED, INC., SCIMED LIFE
6  SYSTEMS, INC., and SCHNEIDER
   (EUROPE) GmbH

-2-
**SUPPLEMENTAL CASE MANAGEMENT STATEMENT / CASE NO. 02 C 0790 SI**

## SUPPLEMENTAL CASE MANAGEMENT ORDER

| Event | Current Date | New Date |
|---|---|---|
| The parties will supplement interrogatory responses related to accused products. BSC will supplement its responses to interrogatories 1-12 in Cordis's Second Set of Interrogatories and Cordis will supplement its responses to Boston Scientific interrogatories 1, 2, 7, 8, 9, 21-22, 35-38, 42-52, 54-57 and 71-74. | Not Specified | February 23, 2007 |
| The parties will serve final infringement contentions. | February 12, 2007 | February 28, 2007 |
| The parties will serve final invalidity contentions | February 28, 2007 | March 7, 2007 |
| A party that wishes to rely upon an opinion of counsel to rebut a claim of willful infringement will produce its opinions of counsel and related privileged documents. | February 28, 2007 | March 7, 2007 |

Dated: _____ _____
SUSAN ILLSTON
United States District Judge