[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>Defendants. | No. C 02-790 SI (filed Feb. 14, 2002)<br><br>**STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER FOR CASE NO. 02 C 0790 SI** |
| CORDIS CORPORATION,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Counterclaim-Defendants. | |

**STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER**

Plaintiff Boston Scientific Corporation ("BSC") and Defendants Johnson & Johnson and Cordis Corporation ("Cordis") respectfully request that the Court modify the current case schedule (set forth in the January 17, 2007 Corrected Supplemental Case Management Order and the February 15, 2007 and March 6, 2007 Supplemental Case Management Orders) as described in the table below. All other dates set forth in the existing scheduling order, including the trial date, remain unchanged.

| Event | Current Date | New Date |
| --- | --- | --- |
| The parties will exchange privilege logs listing existing written opinions of counsel that address the patents-in-suit. | Not Specified | March 12, 2007 |
| The parties will serve final invalidity contentions | March 9, 2007 | March 16, 2007 |
| A party that wishes to rely upon an opinion of counsel to rebut a claim of willful infringement will produce its opinions of counsel. . | March 9, 2007 | March 16, 2007, subject to the following additional understanding. If a party produces an opinion of counsel on March 16, it and its opinion counsel shall also produce, on March 16, all documents that embody or discuss communications between (a) employees of the party (including in-house counsel), and (b) opinion counsel concerning patent(s) addressed in the opinion. By agreement of the parties, neither the party, its litigation counsel, nor its opinion counsel shall (by virtue of the production of such opinion(s) and other documents) |

**SUPPLEMENTAL CASE MANAGEMENT STATEMENT / CASE NO. 02 C 0790 SI**

| | | |
|---|---|---|
| | | be required to produce documents that embody or discuss communications of any sort with litigation counsel, nor shall they be required to produce the work product of litigation counsel, there being no waiver with respect to such communications or work product. |
| The parties will exchange privilege logs for all withheld documents not previously identified on a privilege log. | Not Specified | March 23, 2007 |

Dated: March 9, 2007

By: /s/ Dominic E. Massa
———————————————

William F. Lee (Admitted in N.D. Cal.)
(william.lee@wilmerhale.com)
Dominic E. Massa (*Pro Hac Vice*)
(dominic.massa@wilmerhale.com)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Craig R. Compton (SBN 215491)
(compton@fr.com)
Michael R. Headley (SBN 220834)
(headley@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiffs-Counterclaim
Defendants BOSTON SCIENTIFIC
CORPORATION, BOSTON SCIENTIFIC

By: /s/ William H. Baumgartner, Jr.
———————————————

Robert B. Morrill (SBN 035488)
(rmorrill@sidley.com)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

David T. Pritikin (*Pro Hac Vice*)
(dpritikin@sidley.com)
William H. Baumgartner, Jr. (*Pro Hac Vice*)
(wbaumgartner@sidley.com)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Defendants
JOHNSON & JOHNSON and
CORDIS CORPORATION

SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH

**SUPPLEMENTAL CASE MANAGEMENT STATEMENT / CASE NO. 02 C 0790 SI**

## SUPPLEMENTAL CASE MANAGEMENT ORDER

| Event | Current Date | New Date |
|---|---|---|
| The parties will exchange privilege logs listing existing written opinions of counsel that address the patents-in-suit. | Not Specified | March 12, 2007 |
| The parties will serve final invalidity contentions | March 9, 2007 | March 16, 2007 |
| A party that wishes to rely upon an opinion of counsel to rebut a claim of willful infringement will produce its opinions of counsel and related privileged documents. | March 9, 2007 | March 16, 2007, subject to the following additional understanding.<br><br>If a party produces an opinion of counsel on March 16, it and its opinion counsel shall also produce, on March 16, all documents that embody or discuss communications between (a) employees of the party (including in-house counsel), and (b) opinion counsel concerning patent(s) addressed in the opinion. By agreement of the parties, neither the party, its litigation counsel, nor its opinion counsel shall (by virtue of the production of such opinion(s) and other documents) be required to produce documents that embody or discuss communications of any sort with litigation counsel, nor shall they be required to produce the work product of |

**SUPPLEMENTAL CASE MANAGEMENT STATEMENT / CASE NO. 02 C 0790 SI**

| | | litigation counsel, there being no waiver with respect to such communications or work product. |
|---|---|---|
| The parties will exchange privilege logs for all withheld documents. | Not Specified | March 23, 2007 |

Dated: _____  _____
SUSAN ILLSTON
United States District Judge

**SUPPLEMENTAL CASE MANAGEMENT STATEMENT / CASE NO. 02 C 0790 SI**