[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>Defendants.<br><br>CORDIS CORPORATION,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Counterclaim-Defendants. | No. C 02-790 SI (filed Feb. 14, 2002)<br><br>**STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER FOR CASE NO. 02 C 0790 SI** |

**STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER**

Plaintiff Boston Scientific Corporation ("BSC") and Defendants Johnson & Johnson and Cordis Corporation ("Cordis") respectfully request that the Court modify the current case schedule (set forth in the January 17, 2007 Corrected Supplemental Case Management Order and the February 15, 2007, March 6, 2007 and March 12, 2007 Supplemental Case Management Orders) as described in the table below. All other dates set forth in the existing scheduling order, including the trial date, remain unchanged.

| Event | Current Date | New Date |
|---|---|---|
| The parties will exchange privilege logs for all withheld documents not previously identified on a privilege log. | March 23, 2007 | March 28, 2007 |

Dated: March 22, 2007

By: /s/ Dominic E. Massa

William F. Lee (Admitted in N.D. Cal.)
(william.lee@wilmerhale.com)
Dominic E. Massa (*Pro Hac Vice*)
(dominic.massa@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Craig R. Compton (SBN 215491)
(compton@fr.com)
Michael R. Headley (SBN 220834)
(headley@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiffs-Counterclaim Defendants BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH

By: /s/ David T. Pritikin

Robert B. Morrill (SBN 035488)
(rmorrill@sidley.com)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

David T. Pritikin (*Pro Hac Vice*)
(dpritikin@sidley.com)
William H. Baumgartner, Jr. (*Pro Hac Vice*)
(wbaumgartner@sidley.com)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Defendants
JOHNSON & JOHNSON and
CORDIS CORPORATION

**SUPPLEMENTAL CASE MANAGEMENT STATEMENT / CASE NO. 02 C 0790 SI**

## SUPPLEMENTAL CASE MANAGEMENT ORDER

| Event | Current Date | New Date |
|---|---|---|
| The parties will exchange privilege logs for all withheld documents. | March 23, 2007 | March 28, 2007 |

Dated: _____           _____
                                        SUSAN ILLSTON
                                        United States District Judge