UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>Defendants. | No. C 02-790 SI (filed Feb. 14, 2002)<br><br>**STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER FOR CASE NO. 02 C 0790 SI** |
| CORDIS CORPORATION,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Counterclaim-Defendants. | |

**STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER**

Plaintiff Boston Scientific Corp. and Defendants Johnson & Johnson and Cordis Corp. jointly and respectfully request that the Court modify the current case schedule (set forth in the January 17, 2007 Corrected Supplemental Case Management Order and the February 15, 2007, March 6, 2007, and March 12, 2007 Supplemental Case Management Orders) as described in the table below. The parties note that this proposed schedule is consistent with the schedule proposed in the Supplemental Joint Case Management Statement, filed on March 30, 2007.

| Event | Current Date | Proposed New Date | |
|---|---|---|---|
| Close of fact discovery | April 30 | June 1 | |
| Expert Reports | May 11 | June 1 | |
| Rebuttal Reports | May 31 | June 22 | |
| Close of expert discovery | June 29 | July 20 | 7/13/07 @ 2:30 Further Case Management Conference |
| Last day for summary judgment motions | July 20 | Same | |
| Last day for oppositions to summary judgment | August 3 | Same | |
| Last day for replies to oppositions | August 10 | Same | |
| Summary Judgment Hearings | August 17, 2007 ~~August 24~~ | Same | |
| Pre-Trial Conference | 9/18/07 ~~September 8~~ | Same | 9/8 is a Saturday |
| Trial | October 9 | Same | |

Dated: March 30, 2007

By: /s/ Dominic E. Massa

William F. Lee (Admitted in N.D. Cal.)
(william.lee@wilmerhale.com)
Dominic E. Massa (*Pro Hac Vice*)
(dominic.massa@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

By: /s/ William H. Baumgartner, Jr.

Robert B. Morrill (SBN 035488)
(rmorrill@sidley.com)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

David T. Pritikin (*Pro Hac Vice*)
(dpritikin@sidley.com)
William H. Baumgartner, Jr. (*Pro Hac Vice*)
(wbaumgartner@sidley.com)

-1-
**SUPPLEMENTAL CASE MANAGEMENT STATEMENT / CASE NO. 02 C 0790 SI**

| | |
|---|---|
| Craig R. Compton (SBN 215491)<br>(compton@fr.com)<br>Michael R. Headley (SBN 220834)<br>(headley@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, California 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>Attorneys for Plaintiffs-Counterclaim Defendants BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH | SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>Attorneys for Defendants<br>JOHNSON & JOHNSON and<br>CORDIS CORPORATION |

-2-
**SUPPLEMENTAL CASE MANAGEMENT STATEMENT / CASE NO. 02 C 0790 SI**

# **SUPPLEMENTAL CASE MANAGEMENT ORDER**

| Date | Event |
|---|---|
| June 1, 2007 | Close of fact discovery. |
| June 1, 2007 | Parties to serve expert reports for all issues on which they bear the burden of proof. |
| June 22, 2007 | Parties to serve rebuttal expert reports. |
| July 20, 2007 | Close of expert discovery. |
| July 20, 2007 | Last day for parties to file dispositive motions. |
| August 3, 2007 | Last day for parties to file oppositions to dispositive motions. |
| August 10, 2007 | Last day for parties to file replies to oppositions to dispositive motions. |
| ~~August 24, 2007~~ [August 17, 2007] | Hearings regarding dispositive motions. |
| September 8, 2007 | Pre-Trial Conference. |
| October 9, 2007 | Trial begins. |

7/13/07 Further Case Management Conference

Dated: _____  _____
                                  SUSAN ILLSTON
                                  United States District Judge

-3-
**SUPPLEMENTAL CASE MANAGEMENT STATEMENT / CASE NO. 02 C 0790 SI**