UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOSTON SCIENTIFIC CORPORATION, ET AL.,

    Plaintiff(s),

v.

JOHNSON & JOHNSON, ET AL.,

    Defendant(s).

Case No. C-02-0790 SI (JCS)

**NOTICE OF FURTHER SETTLEMENT CONFERENCE AND ORDER THEREON**

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that a Further Settlement Conference is scheduled for **September 5, 2007, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

    It is the responsibility of counsel to ensure that whatever discovery is needed for all sides to evaluate the case for settlement purposes is completed by the date of the settlement conference. Counsel shall cooperate in providing discovery informally and expeditiously.

    Lead trial counsel shall appear at the Further Settlement Conference with the parties who have full and unlimited authority to negotiate and settle the matter.

    Any party who is not a natural person shall be represented by the person or persons **not directly involved** in the events which gave rise to the litigation but with **full** authority to negotiate a settlement. A person who needs to call another person not present before agreeing to any settlement does not have full authority. If a party is a governmental entity, its governing body shall designate one of its members or a senior executive to appear at the settlement conference with authority to participate in the settlement conference and, if a tentative settlement agreement is reached, to

recommend the agreement to the governmental entity for its approval.  An insured party shall appear with a representative of the carrier with full authority to negotiate up to the limits of coverage. Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known but no later than the settlement conference statement.

Each party shall prepare an updated settlement conference statement, which must be lodged with the undersigned's chambers **no later than August 22, 2007.**

The parties shall notify chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference.  All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated: April 19, 2007

JOSEPH C. SPERO
United States Magistrate Judge