Mark D. Selwyn (#244180, mark.selwyn@wilmerhale.com)
Nathan L. Walker (#206128, nathan.walker@wilmerhale.com)
Christine E. Duh (#228544, christine.duh@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiffs
& Counterclaim Defendants BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC. and SCHNEIDER (EUROPE) GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br>Defendants. | Civil Action No. C 02 0790 SI<br><br>**[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL** |
| CORDIS CORPORATION<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC. and SCHNEIDER (EUROPE) GmbH,<br><br>Counterclaim Defendants. | |

1  IT IS HEREBY ORDERED that, pursuant to the Notice of Substitution of Counsel
2  submitted by Plaintiffs Boston Scientific Corporation, Boston Scientific SCIMED, INC., SCIMED
3  Life Systems, Inc., and Schneider (Europe) GmbH on May 1, 2007, Boston Scientific Corporation,
4  Boston Scientific SCIMED, INC., SCIMED Life Systems, Inc., and Schneider (Europe) GmbH
5  shall be represented in this matter by:

> Mark D. Selwyn (#244180, mark.selwyn@wilmerhale.com)
> Nathan L. Walker (#206128, nathan.walker@wilmerhale.com)
> Christine E. Duh (#228544, christine.duh@wilmerhale.com)
> WILMER CUTLER PICKERING HALE AND DORR LLP
> 1117 California Avenue
> Palo Alto, CA 94304
> Telephone: (650) 858-6000
> Facsimile: (650) 858-6100

**IT IS SO ORDERED.**

Dated: _____       _____
                             HONORABLE SUSAN ILLSTON
                             UNITED STATES DISTRICT COURT JUDGE

notice of subs of counsel.doc