IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOSTON SCIENTIFIC CORPORATION, et al.,     No. C 02-00790 SI

        Plaintiffs,     **ORDER RE: DISCOVERY**

  v.

JOHNSON & JOHNSON, et al.,

        Defendants.
                                        /

       The parties have submitted letter briefs disputing whether defendant Cordis should be permitted to depose Michael Forman, the sole inventor of two of the patents in suit, for an additional half-day. For the following reasons, the Court DENIES Cordis' request.

       Under Rule 30(d)(2), all depositions have a durational limit of one seven-hour day, unless otherwise ordered by the court or stipulated by the parties. Fed. R. Civ. P. 30(d)(2). The court may order a deposition in excess of seven hours where a party shows that additional time is needed for a "fair examination of the deponent," or where the examination has been "impeded or delayed by the deponent, another person 'or other circumstances.'" Judge William W. Schwarzer, Judge A. Wallace Tashima & James M. Wagstaffe, *Federal Civil Procedure Before Trial* § 11:1518 (Rutter Group Practice Guide 2006) (quoting Fed. R. Civ. P. 30(d)(2)).

       Cordis has already deposed Mr. Forman for one full day in this case. Cordis was also present during two days of deposition of Mr. Forman conducted by Guidant, another defendant in this case. Cordis questioned Mr. Forman for an additional 80 minutes during Guidant's deposition. Cordis now requests an additional half-day of deposition in order "to thoroughly explore with Mr. Forman the issues that now arise by virtue of the Court's claim construction." Cordis Letter Br. at 1.

The Court DENIES Cordis' request. Cordis has had ample time to depose Mr. Forman. Furthermore, Cordis has not specifically described any of "the issues" that it needs to explore, other than suggesting that they relate to the Court's construction of the "high absorptivity" claim term. Without more, the Court will not subject Mr. Forman to a fourth day of deposition. [Docket No. 509]

**IT IS SO ORDERED.**

Dated: May 7, 2007

SUSAN ILLSTON
United States District Judge