[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>Defendants. | No. C 02-790 SI (filed Feb. 14, 2002)<br><br>**STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER FOR CASE NO. 02 C 0790 SI** |
| CORDIS CORPORATION,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Counterclaim-Defendants. | |

**STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER
CASE NO. 02 C 0790 SI**

Plaintiff Boston Scientific Corporation ("BSC") and Defendants Johnson & Johnson and Cordis Corporation ("Cordis") respectfully request that the Court modify the current case schedule (set forth in the April 9, 2007 Supplemental Case Management Order) as described in the table below. All other dates set forth in the existing scheduling order, including the trial date, remain unchanged.

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Parties to serve expert reports for all issues on which they bear the burden of proof. | June 1, 2007 | June 11, 2007 |
| Parties to serve rebuttal expert reports. | June 22, 2007 | July 2, 2007 |

Dated: May 7, 2007

By: /s/ Dominic E. Massa

William F. Lee (Admitted in N.D. Cal.)
(william.lee@wilmerhale.com)
Dominic E. Massa (*Pro Hac Vice*)
(dominic.massa@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiffs-Counterclaim Defendants BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH

By: /s/ William H. Baumgartner, Jr.

Robert B. Morrill (SBN 035488)
(rmorrill@sidley.com)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

David T. Pritikin (*Pro Hac Vice*)
(dpritikin@sidley.com)
William H. Baumgartner, Jr. (*Pro Hac Vice*)
(wbaumgartner@sidley.com)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Defendants
JOHNSON & JOHNSON and
CORDIS CORPORATION

**STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER**
**CASE NO. 02 C 0790 SI**

## SUPPLEMENTAL CASE MANAGEMENT ORDER

| Event | Current Date | New Date |
|---|---|---|
| Parties to serve expert reports for all issues on which they bear the burden of proof. | June 1, 2007 | June 11, 2007 |
| Parties to serve rebuttal expert reports | June 22, 2007 | July 2, 2007 |



Dated: _____    _____
                                                        SUSAN ILLSTON
                                                 United States District Judge

---

CH1 3859988v.1  **STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER
CASE NO. 02 C 0790 SI**