1 [SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH, <br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>　　　　Defendants. | No. C 02-790 SI (filed Feb. 14, 2002)<br><br>**STIPULATION OF DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE** |
| CORDIS CORPORATION,<br><br>　　　　Counterclaim-Plaintiff,<br><br>　　vs.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>　　　　Counterclaim-Defendants. | |

**STIPULATION OF DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE**

Based on discovery of record as of the date of this stipulation, Plaintiffs Boston Scientific Corporation, Boston Scientific Scimed, Inc., Scimed Life Systems, Inc. and Schneider (Europe) GmbH (collectively, "Boston Scientific") and Defendants Johnson & Johnson and Cordis Corporation (collectively, "Cordis") hereby stipulate that all claims relating to U.S. Patent No. 5,267,959 shall be, and hereby are, dismissed with prejudice. Boston Scientific and Cordis shall bear their own costs and attorneys' fees.

1  Dated: June 8, 2007

2

3  By: /s/ Dominic E. Massa                          By: /s/ David T. Pritikin

4  William F. Lee (Admitted in N.D. Cal.)            Robert B. Morrill (SBN 035488)
   (william.lee@wilmerhale.com)                      (rmorrill@sidley.com)
5  Dominic E. Massa (*Pro Hac Vice*)                 SIDLEY AUSTIN LLP
   (dominic.massa@wilmerhale.com)                    555 California Street
6  WILMER CUTLER PICKERING HALE                      San Francisco, California 94104
   AND DORR LLP                                      Telephone: (415) 772-1200
7  60 State Street                                   Facsimile: (415) 772-7400
8  Boston, Massachusetts 02109
   Telephone: (617) 526-6000                         David T. Pritikin (*Pro Hac Vice*)
                                                     (dpritikin@sidley.com)
9  Facsimile: (617) 526-5000                         William H. Baumgartner, Jr. (*Pro Hac Vice*)
                                                     (wbaumgartner@sidley.com)
10 Mark D. Selwyn (SBN 244180)                       SIDLEY AUSTIN LLP
   Nathan L. Walker (SBN 206128)                     One South Dearborn Street
11 Christine Duh (SBN 228544)                        Chicago, Illinois 60603
   WILMER CUTLER PICKERING HALE                      Telephone: (312) 853-7000
12 AND DORR LLP                                      Facsimile: (312) 853-7036
13 1117 California Avenue
   Palo Alto, California 94304                       Attorneys for Defendants
14 Telephone: (650) 858-6000                         JOHNSON & JOHNSON and
   Facsimile: (650) 858-6100                         CORDIS CORPORATION
15

16 Attorneys for Plaintiffs-Counterclaim
   Defendants BOSTON SCIENTIFIC
17 CORPORATION, BOSTON SCIENTIFIC
   SCIMED, INC., SCIMED LIFE
18 SYSTEMS, INC., and SCHNEIDER
   (EUROPE) GmbH
19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED

/s/ Susan Illston
Judge Susan Illston

CH1 3900373v.1

**STIPULATION OF DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE**
**CASE NO. 02 C 0790 SI**