United States District Court
For the Northern District of California

1

2

3

4

5                     IN THE UNITED STATES DISTRICT COURT

6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   BOSTON SCIENTIFIC CORPORATION, et al.,        No. C 02-00790 SI

9              Plaintiffs,                        **ORDER RE:  DISCOVERY**

10     v.

11  JOHNSON & JOHNSON, et al.,

12             Defendants.
                                              /

13

14          Via letter brief, plaintiff Boston Scientific seeks permission to depose two third-party

15  corporations after the close of fact discovery.  For the following reasons, the Court DENIES plaintiff's

16  request.

17          The fact discovery cut-off date in this case was June 1, 2007.  On May 24, 2007, Boston

18  Scientific served deposition subpoenas on North American Scientific Association ("NAMSA") and

19  DHL.  The depositions were noticed for June 1, 2007, the last day of the fact discovery period.  Prior

20  to the deposition date, NAMSA and DHL informed Boston Scientific that June 1 was inconvenient;

21  Boston Scientific relayed this fact to Cordis by May 30, 2007.  On June 1, Cordis informed Boston

22  Scientific that it did not consent to the depositions being taken after June 1.  Boston Scientific

23  subsequently filed the instant request.

24          According to Civil Local Rule 26-2, "a 'discovery cut-off' is the date by which . . . all

25  depositions must be concluded."  "Discovery requests that call for responses or depositions after the

26  applicable discovery cut-off are not enforceable, except by order of the Court for good cause shown."

27  *Id.*  Boston Scientific has not shown good cause for allowing the depositions to proceed after the cut-off

28  date.  Both of the depositions at issue seek information bearing on the date that Asuka catheters were

first imported in to the United States; this fact relates to the dates of conception and reduction to practice of the claimed inventions. These are not new issues. The date that the Asuka catheters were present in the United States was a principal issue on the recent summary judgment motion, which the parties argued on February 23, 2007, and the Court decided on March 14, 2007. *See* March 14, 2007 Order at 10:13-20 ("BSC further maintains that 'Asuka' catheters, which embodied the invention described in the Kastenhofer patents, were imported into the U.S. sometime before September 27, 1993. As evidence, BSC has produced a letter dated September 27, 1993 from the NamSA testing laboratory requesting [additional Asuka catheters] . . . . [T]he evidence presented is sufficient to establish a triable issue of fact.").

Boston Scientific provides no explanation for why it did not notice these depositions sooner. Boston Scientific cannot blame DHL and NAMSA, as they were given little more than a week's notice of the depositions. Boston Scientific attempts to fault Cordis for the failure to complete the depositions within the cut-off, arguing that "[h]ad Cordis timely indicated its desire to conclude the NAMSA and DHL depositions prior to the close of fact discovery (unlike the many other depositions postponed by agreement), of course, Boston Scientific would have done everything possible to proceed with the depositions as originally scheduled." Letter Br. at 2. It was not, however, Cordis' responsibility to insist that Boston Scientific comply with the Court-ordered discovery cut-off. Boston Scientific never asked Cordis if it would agree to postponing the DHL and NAMSA depositions, and it does not appear from the meet and confer e-mails provided to the Court that Cordis ever attempted to mislead Boston Scientific into thinking that it would so agree.

Boston Scientific has not shown good cause for failing to complete the DHL and NAMSA depositions by the discovery cut-off, and the Court therefore DENIES its request to take those depositions after the close of fact discovery. [Docket No. 523]

**IT IS SO ORDERED.**

Dated: June 19 , 2007

SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California