1  [SEE SIGNATURE PAGE FOR ATTORNEY NAMES]
2
3
4
5
6
7
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION

11  BOSTON SCIENTIFIC CORPORATION,           ) No. C 02-790 SI (filed Feb. 14, 2002)
    BOSTON SCIENTIFIC SCIMED, INC.,          )
12  SCIMED LIFE SYSTEMS, INC., and           ) **JOINT STIPULATION AND ORDER**
    SCHNEIDER (EUROPE) GmbH,                 ) **LIMITING POTENTIAL DAMAGES**
13                                           )
              Plaintiffs,                    ) **[Civil L.R. 7-12]**
14                                           )
         vs.                                 )
15                                           )
    JOHNSON & JOHNSON                        )
16  and CORDIS CORPORATION,                  )
                                             )
17            Defendants.                    )
                                             )
18                                           )
    CORDIS CORPORATION,                      )
19                                           )
              Counterclaim-Plaintiff,        )
20                                           )
         vs.                                 )
21                                           )
    BOSTON SCIENTIFIC CORPORATION,           )
22  BOSTON SCIENTIFIC SCIMED, INC.,          )
    SCIMED LIFE SYSTEMS, INC., and           )
23  SCHNEIDER (EUROPE) GmbH,                 )
                                             )
24            Counterclaim-Defendants.       )
                                             )
25
26
27
28

                                        -1-
    JOINT STIPULATION AND ORDER LIMITING POTENTIAL DAMAGES — No. C 02-790 SI

**JOINT STIPULATION AND ORDER**

WHEREAS Plaintiffs are asserting infringement of the following U.S. Patents:

- No. 5,501,759 to Forman (method claims, issued Mar. 26, 1996)
- No. 5,843,032 to Kastenhofer (product claims, issued Dec. 1, 1998)
- No. 5,961,765 to Kastenhofer (method claims, issued Oct. 5, 1999)
- No. 6,027,477 to Kastenhofer (product claims, issued Feb. 22, 2000)
- No. 6,471,673 to Kastenhofer (product claims, issued Oct. 29, 2002), and

WHEREAS Cordis Corporation is asserting infringement of the following U.S. Patents:

- No. 5,538,510 to Fontirroche (product claims, issued July 23, 1996)
- No. 5,820,594 to Fontirroche (product claims, issued Oct. 13, 1998)
- No. 5,824,173 to Fontirroche (method claims, issued Oct. 20, 1998), and

WHEREAS Plaintiffs and Cordis Corporation want to avoid any disputes concerning compliance with the patent marking statute, 35 U.S.C. § 287(a);

NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:

1. Plaintiffs will not seek damages in this action for any infringement of the following patents before the following dates:

| **U.S. Patent No.** | **Earliest date of damages for any infringement** |
|---|---|
| 5,501,759 to Forman | Apr. 3, 2000 (earliest possible date of infringement) |
| 5,843,032 to Kastenhofer | Feb. 1, 2001 (earliest possible date of marking) |
| 5,961,765 to Kastenhofer | Oct. 5, 1999 (date of issuance) |
| 6,027,477 to Kastenhofer | Feb. 1, 2001 (earliest possible date of marking) |
| 6,471,673 to Kastenhofer | Oct. 29, 2002 (date of issuance) |

2. Cordis Corporation will not seek damages in this action for any infringement of the following patents before the following dates:

| **U.S. Patent No.** | **Earliest date of damages for any infringement** |
|---|---|
| 5,538,510 to Fontirroche | Oct. 15, 2002 (date of counterclaim) |
| 5,820,594 to Fontirroche | Oct. 15, 2002 (date of counterclaim) |
| 5,824,173 to Fontirroche | Oct. 20, 1998 (date of issuance) |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 6, 2007

By: /s/ Dominic E. Massa

William F. Lee (Admitted in N.D. Cal.)
(william.lee@wilmerhale.com)
Dominic E. Massa (*Pro Hac Vice*)
(dominic.massa@wilmerhale.com)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (SBN 244180)
Nathan L. Walker (SBN 206128)
Christine Duh (SBN 228544)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiffs-Counterclaim
Defendants BOSTON SCIENTIFIC
CORPORATION, BOSTON SCIENTIFIC
SCIMED, INC., SCIMED LIFE
SYSTEMS, INC., and SCHNEIDER
(EUROPE) GmbH

By: /s/ David T. Pritikin

Robert B. Morrill (SBN 035488)
(rmorrill@sidley.com)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

David T. Pritikin (*Pro Hac Vice*)
(dpritikin@sidley.com)
William H. Baumgartner, Jr. (*Pro Hac Vice*)
(wbaumgartner@sidley.com)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Defendants
JOHNSON & JOHNSON and
CORDIS CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____  _____
                                         SUSAN ILLSTON
                                         United States District Judge