[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>    Plaintiffs,<br><br>    vs.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>    Defendants. | No. C 02-790 SI (filed Feb. 14, 2002)<br><br>**STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER FOR CASE NO. 02 C 0790 SI** |
| CORDIS CORPORATION,<br><br>    Counterclaim-Plaintiff,<br><br>    vs.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>    Counterclaim-Defendants. | |

Plaintiffs Boston Scientific Corporation et al. ("BSC") and Defendants Johnson & Johnson and Cordis Corporation ("Cordis") respectfully request that the Court modify the current case schedule as described in the table below. All other dates set forth in the existing scheduling order, including the trial date, remain unchanged.

| Event | Current Date | New Date |
|---|---|---|
| Further Case Management Conference. | July 13, 2007 | August 17, 2007 |

Dated: July 9, 2007

By: /s/ Dominic E. Massa
———————————————

William F. Lee (Admitted in N.D. Cal.)
(william.lee@wilmerhale.com)
Dominic E. Massa (*Pro Hac Vice*)
(dominic.massa@wilmerhale.com)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiffs-Counterclaim
Defendants BOSTON SCIENTIFIC
CORPORATION, BOSTON SCIENTIFIC
SCIMED, INC., SCIMED LIFE
SYSTEMS, INC., and SCHNEIDER
(EUROPE) GmbH

By: /s/ William H. Baumgartner, Jr.
———————————————

Robert B. Morrill (SBN 035488)
(rmorrill@sidley.com)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

David T. Pritikin (*Pro Hac Vice*)
(dpritikin@sidley.com)
William H. Baumgartner, Jr. (*Pro Hac Vice*)
(wbaumgartner@sidley.com)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Defendants
JOHNSON & JOHNSON and
CORDIS CORPORATION

**STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER**
**CASE NO. 02 C 0790 SI**

## SUPPLEMENTAL CASE MANAGEMENT ORDER

| Event | Current Date | New Date |
|---|---|---|
| Further Case Management Conference. | July 13, 2007 | August 17, 2007 |

Dated: _____    _____
SUSAN ILLSTON
United States District Judge