UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>Defendants.<br><hr>CORDIS CORPORATION,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Counterclaim-Defendants. | No. C 02-790 SI (filed Feb. 14, 2002)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS J&J/CORDIS'S EX-PARTE MOTION ON JULY 13, 2007, TO FILE DOCUMENTS UNDER SEAL**<br><br>**[Civil L.R. 7-10, 79-5]** |

-1-
ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL — No. C 02-790 SI

1  **ORDER**

2  Upon consideration of Defendants J&J/Cordis's Ex-Parte Motion on July 13, 2007, to File
3  Documents Under Seal, and the Court being fully advised in the matter, IT IS HEREBY ORDERED
4  THAT:

5      1.    J&J/Cordis's motion is GRANTED.

6      2.    The Clerk of the Court is directed to file under seal:

- Confidential version of Defendants J&J/Cordis's Motion to Exclude Evidence of the Medtronic Arbitration Ruling (July 13, 2007)

- Confidential version of the Declaration of Robert B. Morrill in Support of Defendants J&J/Cordis's Motion to Exclude Evidence of the Medtronic Arbitration Ruling (July 13, 2007), which contains

    - Exhibit A: Medtronic Arbitration Ruling
    - Exhibit B: BSC's expert report on damages
    - Exhibit H: Excerpts from the 30(b)(6) deposition of BSC

SO ORDERED.

Dated: _____          _____
                                        SUSAN ILLSTON
                                        United States District Judge

-2-
ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL — No. C 02-790 SI