William F. Lee (*admitted in N.D. Cal.*)
Dominic E. Massa (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (SBN 244180)
Nathan L. Walker (SBN 206128)
Christine Duh (SBN 228544)
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Ave.
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiffs-Counterclaim Defendants,
BOSTON SCIENTIFIC CORPORATION,
BOSTON SCIENTIFIC SCIMED, INC.,
SCIMED LIFE SYSTEMS, INC., and
SCHNEIDER (EUROPE) GmbH

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC. and SCHNEIDER (EUROPE) GmbH,<br><br>Plaintiffs,<br>v.<br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>Defendants. | Case No. 02-0790 SI<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' J&J/CORDIS'S MOTION TO EXCLUDE EVIDENCE OF THE MEDTRONIC ARBITRATION RULING** |
| CORDIS CORPORATION,<br><br>Counterclaim Plaintiffs,<br>v.<br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC. and SCHNEIDER (EUROPE) GmbH,<br><br>Counterclaim Defendants. | |

STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' J&J/CORDIS'S MOTION
TO EXCLUDE EVIDENCE OF THE MEDTRONIC ARBITRATION RULING

Plaintiff Boston Scientific Corporation ("BSC") and Defendants Johnson & Johnson and Cordis Corporation ("Cordis") jointly move to modify the briefing schedule regarding Defendants' J&J/Cordis's Motion to Exclude Evidence of the Medtronic Arbitration Ruling, filed July 13, 2007. The Parties respectfully request that the Court grant their joint motion to modify the briefing schedule as follows: BSC's opposition brief, which is currently due July 27, 2007, would be due August 1, 2007, and Cordis's reply brief, which is currently due August 3, 2007, would be due August 10, 2007. The hearing would remain on August 17, 2007.

Dated: July 20, 2007

By: ___/s/ Christine Duh_____
William F. Lee (*admitted in N.D. Cal.*)
(william.lee@wilmerhale.com)
Dominic E. Massa (*pro hac vice*)
(dominic.massa@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (SBN 244180)
Nathan L. Walker (SBN 206128)
Christine Duh (SBN 228544)
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Ave.
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiffs
Boston Scientific Corporation,
Boston Scientific SciMed, Inc.,
SciMed Life Systems, Inc. and
Schneider (Europe) GmbH

By: ___/s/ Robert B. Morrill_____
Robert B. Morrill (SBN 035488)
(rmorrill@sidley.com)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

David T. Pritikin (*Pro Hac Vice*)
William H. Baumgartner, Jr. (*Pro Hac Vice*)
Jon M. Spanbauer (*Pro Hac Vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Defendants
Johnson & Johnson and Cordis Corporation

**ORDER REGARDING BRIEFING SCHEDULE**

| Event | Current Date | New Date |
|---|---|---|
| BSC's Opposition to Cordis's Motion to Exclude Evidence of the Medtronic Arbitration Ruling | July 27, 2007 | August 1, 2007 |
| Cordis' Reply regarding its Motion to Exclude Evidence of the Medtronic Arbitration Ruling | August 3, 2007 | August 10, 2007 |

Dated: _____  _____

SUSAN ILLSTON
United States District Judge