Robert B. Morrill, <rmorrill@sidley.com> (SBN 035488)
Teague I. Donahey, <tdonahey@sidley.com> (SBN 197531)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

David T. Pritikin, <dpritikin@sidley.com> (*pro hac vice*)
William H. Baumgartner, Jr., <wbaumgartner@sidley.com> (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for Defendants*
*Johnson & Johnson and Cordis Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>Defendants.<br><br>CORDIS CORPORATION,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Counterclaim-Defendants. | No. C 02-790 SI<br><br>**[PROPOSED] ORDER GRANTING CORDIS'S *EX PARTE* MOTION TO FILE DOCUMENTS UNDER SEAL (L.R. 7-10)** |

ORDER GRANTING MOTION TO FILE DOCS. UNDER SEAL — No. C 02-790 SI

1     Having reviewed the submissions relating to Cordis's *Ex Parte* Motion to File Documents

2 Under Seal, filed on July 20, 2007 ("Motion to Seal"), and good cause appearing therefor,

3     IT IS HEREBY ORDERED THAT:

4     A.    The Motion to Seal is GRANTED.

5     B.    The following documents shall be filed under seal by the Clerk of the Court:

6-7         1.    Exhibit 2 to the Declaration of Louis E. Fogel in Support of Defendants J&J/Cordis's Motion for Partial Summary Judgment That the Asserted Claims of the Forman '759 Patent Are Invalid for Obviousness

8-9         2.    Confidential version of Defendants J&J/Cordis's Motion for Partial Summary Judgment That the Asserted Kastenhofer Patent Claims Are Invalid for Failure to Satisfy the Written Description Requirement

10-12         3.    Exhibit 7 to the Declaration of Louis E. Fogel in Support of Defendants J&J/Cordis's Motion for Partial Summary Judgment That the Asserted Kastenhofer Patent Claims Are Invalid for Failure to Satisfy the Written Description Requirement

13         4.    Confidential version of J&J/Cordis's Motion for Partial Summary Judgment That the Asserted Claims of the Forman '759 Patent Are Not Infringed

14-15         5.    Exhibit C to the Declaration of Jon M. Spanbauer in Support of J&J/Cordis's Motion for Partial Summary Judgment That the Asserted Claims of the Forman '759 Patent Are Not Infringed

16-17         6.    Exhibit A to the Declaration of Yash P. Khanna in Support of J&J/Cordis's Motion for Partial Summary Judgment That the Asserted Claims of the Forman '759 Patent Are Not Infringed

18-19         7.    Confidential version of Defendants J&J/Cordis's Motion for Partial Summary Judgment Limiting Plaintiffs' Claim to Damages

20         8.    Confidential Exhibits in Support of Defendants J&J/Cordis's Motion for Partial Summary Judgment Limiting Plaintiffs' Claim to Damages

21-22         9.    Depositon of Peter J. Gafner in Support of Defendants J&J/Cordis's Motion for Partial Summary Judgment Limiting Plaintiffs' Claim to Damages, and accompanying Exhibits DX369–73, DX384, and DX392

1  DATED: July ___, 2006

_____
UNITED STATES DISTRICT JUDGE

- 3 -
ORDER GRANTING MOTION TO FILE DOCS. UNDER SEAL — No. C 02-790 SI