E-Filing

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC. and SCHNEIDER (EUROPE) GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>Defendants. | Civil Action No. 02-0790 SI<br><br>[PROPOSED] ORDER GRANTING BOSTON SCIENTIFIC'S *EX PARTE* REQUEST TO FILE ITS (1) MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO J&J/CORDIS' MOTION TO EXCLUDE EVIDENCE OF MEDTRONIC ARBITRATION RULING, AND (2) SELWYN DECLARATION EXHIBITS A-F, H-I UNDER SEAL PURSUANT TO CIVIL L.R. 7-10, 79-5(C), ILLSTON S.O. ¶ 3 |
| CORDIS CORPORATION<br><br>Counterclaim Plaintiffs,<br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC. and SCHNEIDER (EUROPE) GmbH,<br><br>Counterclaim Defendants. | Hearing Date: August 17, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 10, 19th Floor |

1

[PROPOSED] ORDER GRANTING BOSTON SCIENTIFIC'S
REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO
CIVIL L.R. 7-10, 79-5(d), ILLSTON S.O. ¶ 3
Case No. 02-0790 SI

**ORDER**

Upon consideration of Plaintiffs Boston Scientific's *Ex Parte* Request To File Its (1) Memorandum Of Points And Authorities In Opposition To J&J/Cordis' Motion To Exclude Evidence Of Medtronic Arbitration Ruling, and (2) Selwyn Declaration Exhibits A-F, H-I Under Seal Pursuant To Civil L.R. 7-10, 79-5(C), Illston S.O. ¶ 3, IT IS HEREBY ORDERED that:

1. Pursuant to Civil Local Rules 7-10 and 79-5(d), and Judge Illston's Standing Order ¶ 3, Boston Scientific is granted leave to file under seal Boston Scientific's Memorandum of Points and Authorities in Opposition to J&J/Cordis' Motion to Exclude Evidence of the Medtronic Arbitration Ruling.

2. Pursuant to Civil Local Rules 7-10 and 79-5(d), and Judge Illston's Standing Order ¶ 3, Boston Scientific is granted leave to file under seal Exhibits A-F and H-I attached to the Declaration of Mark D. Selwyn.

**IT IS SO ORDERED.**

Dated: 8/3/07

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

2

[PROPOSED] ORDER GRANTING BOSTON SCIENTIFIC'S REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 7-10, 79-5(d), ILLSTON S.O. ¶ 3
Case No. 02-0790 SI