1 | [SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH, <br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>Defendants. | No. C 02-790 SI (filed Feb. 14, 2002)<br><br>**STIPULATION AND PROPOSED SCHEDULING ORDER FOR CASE NO. 02 C 0790 SI** |
| CORDIS CORPORATION,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Counterclaim-Defendants. | |

**STIPULATION AND PROPOSED SCHEDULING ORDER
CASE NO. 02 C 0790 SI**

Plaintiff Boston Scientific Corporation and Defendants Johnson & Johnson and Cordis Corporation respectfully request that the Court modify the current case schedule as described in the table below.

| Event | Current Date | New Date |
|---|---|---|
| Last day to file motions-in-limine | September 4, 2007 | Same |
| Last day to file: (a) joint pretrial conference statement; (b) joint and/or separate jury instructions; and (c) stipulations regarding exhibit admissibility | September 4, 2007 | September 7, 2007 |
| Last day to file: (a) responses to motions-in-limine; and (b) preliminary statement and/or preliminary jury instructions | September 11, 2007 | Same |
| Last day to file: (a) proposed jury form; and (b) proposed voir dire questions | September 14, 2007 | Same |
| Pretrial Conference | September 18, 2007 | Same |
| Trial | October 9, 2007 | Final Date to be Set by Court |

Dated: August 29, 2007

By: /s/ Dominic E. Massa

William F. Lee (Admitted in N.D. Cal.)
(william.lee@wilmerhale.com)
Dominic E. Massa (*Pro Hac Vice*)
(dominic.massa@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

By: /s/ William H. Baumgartner, Jr.

Robert B. Morrill (SBN 035488)
(rmorrill@sidley.com)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

David T. Pritikin (*Pro Hac Vice*)
(dpritikin@sidley.com)
William H. Baumgartner, Jr. (*Pro Hac Vice*)

Facsimile: (617) 526-5000

Attorneys for Plaintiffs-Counterclaim Defendants BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH

(wbaumgartner@sidley.com)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Defendants JOHNSON & JOHNSON and CORDIS CORPORATION

## **SCHEDULING ORDER**

| Event | Current Date | New Date |
|---|---|---|
| Last day to file motions-in-limine | September 4, 2007 | Same |
| Last day to file:<br><br>(a) joint pretrial conference statement;<br><br>(b) joint and/or separate jury instructions; and<br><br>(c) stipulations regarding exhibit admissibility | September 4, 2007 | September 7, 2007 |
| Last day to file:<br><br>(a) responses to motions-in-limine; and<br><br>(b) preliminary statement and/or preliminary jury instructions | September 11, 2007 | Same |
| Last day to file:<br><br>(a) proposed jury form; and<br><br>(b) proposed voir dire questions | September 14, 2007 | Same |
| Pretrial Conference | September 18, 2007 | Same |
| Trial | October 9, 2007 | Final Date to be Set by Court |

Dated: _____

_____
SUSAN ILLSTON
United States District Judge

CH1 3980373v.1

**STIPULATION AND PROPOSED SCHEDULING ORDER**
**CASE NO. 02 C 0790 SI**