Robert B. Morrill, <rmorrill@sidley.com> (SBN 035488)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

David T. Pritikin, <dpritikin@sidley.com> (*pro hac vice*)
William H. Baumgartner, Jr., <wbaumgartner@sidley.com> (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for Defendants*
*Johnson & Johnson and Cordis Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>Defendants.| No. C 02-790 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF J&J/CORDIS'S MOTION TO HAVE CERTAIN SUMMARY JUDGMENT RULINGS DEEMED ESTABLISHED FOR PURPOSES OF TRIAL (Civ. L.R. 56-3)** |
| CORDIS CORPORATION,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Counterclaim-Defendants. | |

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF
MOTION RE SUMMARY JUDGMENT RULINGS - No. C 02-790 SI

WHEREAS J&J/Cordis's Motion to Have Certain Summary Judgment Rulings Deemed Established for Purposes of Trial ("Motion") has been noticed regularly for hearing on October 5, 2007;

WHEREAS the Court is scheduled to hold a Pretrial Conference in this matter on September 18, 2007, during which time the Court will hear the parties' motions *in limine*;

WHEREAS the parties believe it would be more efficient to have the Motion heard at the same time that the motions *in limine* are heard during the Pretrial Conference;

IT IS HEREBY STIPULATED THAT, subject to the Court's approval, the Motion shall be adjudicated according to the following schedule:

1. Plaintiffs Boston Scientific Corporation et al.'s opposition brief, if any, shall be due on or before September 11, 2007;

2. The Motion shall be heard by the Court on September 18, 2007.

DATED: September 4, 2007

/s/ Gregory P. Teran

Gregory P. Teran (*Pro Hac Vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiffs-Counterclaim Defendants BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH

DATED: September 4, 2007  /s/Teague I. Donahey[1]

Teague I. Donahey (SBN 197531)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Defendants
JOHNSON & JOHNSON and
CORDIS CORPORATION

SO ORDERED.

DATED: September ___, 2006

_____
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to General Order 45(X), I, Teague I. Donahey, hereby certify that concurrence in the filing of this document has been obtained from Gregory P. Teran.

- 3 -
STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF
MOTION RE SUMMARY JUDGMENT RULINGS - No. C 02-790 SI