Robert B. Morrill, <rmorrill@sidley.com> (SBN 035488)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

David T. Pritikin, <dpritikin@sidley.com> (*pro hac vice*)
William H. Baumgartner, Jr., <wbaumgartner@sidley.com> (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for Defendants*
*Johnson & Johnson and Cordis Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>  Plaintiffs,<br><br>  vs.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>  Defendants.<br><br>CORDIS CORPORATION,<br><br>  Counterclaim-Plaintiff,<br><br>  vs.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>  Counterclaim-Defendants. | No. C 02-790 SI<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR ENTRY AND USE OF EQUIPMENT AT TRIAL** |

[PROPOSED] ORDER RE ENTRY AND USE OF EQUIPMENT AT TRIAL - No. C 02-790 SI

# ORDER

Pursuant to the Final Pretrial Preparation Order, trial in this matter is scheduled to take place during the time period of October 9-29, 2007.

Equipment for trial in this matter, including but not limited to computers and computer monitors; projectors and projection screens; audio electronics equipment such as amplifiers and audio systems; cables and wiring; laser pointers; easels; poster boards; carts; shelving; and boxes of trial-oriented materials and documents, including trial exhibits, may be brought into Courtroom 10 on the 19th floor by counsel for Plaintiffs (Wilmer Cutler Pickering Hale and Dorr LLP), counsel for Defendants (Sidley Austin LLP), TrialGraphix, Inc., Fulcrum Legal Graphics, and their respective couriers (including Specialized Legal Services and Careful Courier) on Friday, October 5, 2007, and continuing until close of business on Monday, October 29, 2007.

SO ORDERED.

DATED: September ___, 2007

_____
UNITED STATES DISTRICT JUDGE