Robert B. Morrill, <rmorrill@sidley.com> (SBN 035488)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

David T. Pritikin, <dpritikin@sidley.com> (*pro hac vice*)
William H. Baumgartner, Jr., <wbaumgartner@sidley.com> (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for Defendants*
*Johnson & Johnson and Cordis Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>Defendants.<br><br>CORDIS CORPORATION,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Counterclaim-Defendants. | No. C 02-790 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SUBMISSION OF PROPOSED FINAL JURY INSTRUCTIONS** |

STIPULATION AND [PROPOSED] ORDER RE SUBMISSION OF PROPOSED FINAL JURY
INSTRUCTIONS - No. C 02-790 SI

WHEREAS on September 7, 2007 the parties previously submitted a set of proposed joint final jury instructions and two separate sets of disputed final jury instructions;

WHEREAS the Court's Final Pretrial Preparation Order requires that the parties submit their complete set of proposed final jury instructions, both joint and disputed, no later than October 2, 2007;

WHEREAS, in the past few days, the parties have decided to drop certain claims and legal theories in the interest of simplifying trial, which has impacted the final jury instructions that the parties have been negotiating and the parties' objections thereto;

WHEREAS the Court will be addressing in the October 3, 2007 Status Conference certain issues such as the obviousness jury instructions that will impact the final jury instructions to be submitted by the parties;

WHEREAS, the parties believe that additional time to negotiate and finalize a complete set of proposed final jury instructions will narrow the issues in dispute that the Court may need to resolve prior to the charge conference;

IT IS HEREBY STIPULATED THAT, subject to the Court's approval:

1. The parties shall submit their complete set of proposed final jury instructions (*see* Final Pretrial Preparation Order ¶ 3) on or before October 4, 2007.

DATED: October 2, 2007                /s/ Gregory P. Teran

Gregory P. Teran (*Pro Hac Vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiffs-Counterclaim Defendants BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH

DATED: October 2, 2007           /s/Teague I. Donahey[1]

Teague I. Donahey (SBN 197531)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Defendants
JOHNSON & JOHNSON and
CORDIS CORPORATION

SO ORDERED.

DATED: October ___, 2006

_____
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to General Order 45(X), I, Teague I. Donahey, hereby certify that concurrence in the filing of this document has been obtained from Gregory P. Teran.