IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOSTON SCIENTIFIC CORPORATION, et al.,   No. C 02-00790 SI

    Plaintiffs,   **ORDER RE: PRELIMINARY JURY INSTRUCTIONS**

  v.

JOHNSON & JOHNSON, et al.,

    Defendants.
                                    /

The parties have jointly submitted proposed preliminary jury instructions for the Court's review. The Court accepts all preliminary instructions on which the parties agree. As for instructions where there is disagreement among the parties, the Court orders as follows:

1. The Court will use Boston Scientific's Proposed Preliminary Instruction 1.3 regarding the preponderance of the evidence burden.

2. The Court will use Boston Scientific's Proposed Preliminary Instruction 1.4 regarding the clear and convincing evidence burden.

3. The Court will use Boston Scientific's Proposed Preliminary Instruction 3 regarding joint inventorship. However, the parties shall delete all language from line 15 on, beginning with the sentence "The patent statute provides that . . . ." The final sentence of the instruction shall be the sentence beginning with "Also, joint inventors need not make a contribution . . . ."

4. The Court will use Johnson & Johnson's Proposed Preliminary Instruction 4 regarding reduction to practice.

5. The Court will not use Johnson & Johnson's Proposed Preliminary Instruction 5 regarding the written description requirement.

Counsel are directed to prepare a version of the preliminary jury instructions suitable for projection to the jury while the instructions are being read. Counsel shall delete all source material, commentary, and objections so as to provide the jury with a clean version of the instructions.

**IT IS SO ORDERED.**

Dated: October 5, 2007

SUSAN ILLSTON
United States District Judge