1  [SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

2

3

4

5

6

7
                     UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

| | |
|---|---|
| ) | No. C 02-790 SI (filed Feb. 14, 2002) |

11  BOSTON SCIENTIFIC CORPORATION,  )
    BOSTON SCIENTIFIC SCIMED, INC.,  )
12  SCIMED LIFE SYSTEMS, INC., and  )  **JOINT STIPULATION AND ORDER**
    SCHNEIDER (EUROPE) GmbH,  )  **ABOUT ACCUSED PRODUCTS**
13                              )
                Plaintiffs,      )  **[Civil L.R. 7-12]**
14                              )
            vs.                  )
15                              )
    JOHNSON & JOHNSON            )
16  and CORDIS CORPORATION,      )
                                 )
17              Defendants.      )
                                 )
18                              )
    CORDIS CORPORATION,          )
19                              )
            Counterclaim-Plaintiff,  )
20                              )
            vs.                  )
21                              )
    BOSTON SCIENTIFIC CORPORATION,  )
22  BOSTON SCIENTIFIC SCIMED, INC.,  )
    SCIMED LIFE SYSTEMS, INC., and  )
23  SCHNEIDER (EUROPE) GmbH,     )
                                 )
24          Counterclaim-Defendants.  )
                                 )
25

26

27

28

-1-
JOINT STIPULATION AND ORDER ABOUT ACCUSED PRODUCTS — No. C 02-790 SI

1      **JOINT STIPULATION AND ORDER**

2      WHEREAS Plaintiffs are asserting infringement of the following U.S. Patents:

3           • No. 5,843,032 to Kastenhofer (product claims, issued Dec. 1, 1998)

4           • No. 5,961,765 to Kastenhofer (method claims, issued Oct. 5, 1999)

5           • No. 6,027,477 to Kastenhofer (product claims, issued Feb. 22, 2000)

6           • No. 6,471,673 to Kastenhofer (product claims, issued Oct. 29, 2002),

7      WHEREAS Cordis Corporation is asserting infringement of the following U.S. Patent:

8           • No. 5,820,594 to Fontirroche (product claims, issued Oct. 13, 1998), and

9      WHEREAS the following Exhibits are attached to this stipulation:

10           Ex. 1:   Value of the catheter portion of Cordis products sold <u>inside</u> the United
11                    States accused of infringing the Kastenhofer patents under 35 U.S.C.
                      § 271(a)

12           Ex. 2:   Value of the catheter portion of Cordis products sold <u>outside</u> the United
13                    States accused of infringing the Kastenhofer patents under 35 U.S.C.
                      § 271(f)

14           Ex. 3:   Value of the catheter portion of Boston Scientific products accused of
                      infringing the Fontirroche '594 patent

15     NOW, THEREFORE, IT IS HEREBY STIPULATED for purposes of this action only that:

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ORDER ABOUT ACCUSED PRODUCTS — No. C 02-790 SI

1.     If the jury finds one or more of the Kastenhofer patents are not invalid, and infringed under 35 U.S.C. § 271(a) by Cordis products sold inside the United States, then Exhibit 1 sets forth the value of the catheter portion of such products.

2.     If the jury finds one or more of the Kastenhofer patents are not invalid, and infringed under 35 U.S.C. § 271(f) by Cordis products sold outside the United States, then Exhibit 2 sets forth the value of the catheter portion of such products.

3.     For purposes of infringement under 35 U.S.C. § 271(f), the Cordis product in Exhibit 2 named "Cypher Rx" shall be deemed to include a WorldPass catheter with an inner body made inside the United States.

4.     If the jury finds the Fontirroche '594 patent infringed under 35 U.S.C. § 271(a) by Plaintiffs' products, then Exhibit 3 sets forth the value of the catheter portion of such products.

5.     In the event that some but not all of the Kastenhofer patents are found invalid or not infringed, the parties agree that the Court may apportion the damages in an accounting to reflect the products and period of sales associated with the subset of Kastenhofer patents found infringed and not invalid.

6.     The date of the hypothetical negotiation for the Kastenhofer patents shall be December 1998.  The date of the hypothetical negotiation for the Fontirroche '594 patent shall be October 1998.

JOINT STIPULATION AND ORDER ABOUT ACCUSED PRODUCTS — No. C 02-790 SI

1     IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3     Dated:  October 12, 2007

4

5     By:  /s/ Dominic E. Massa                    By: /s/ David T. Pritikin

6     William F. Lee (Admitted in N.D. Cal.)       Robert B. Morrill (SBN 035488)
      (william.lee@wilmerhale.com)                 (rmorrill@sidley.com)
7     Dominic E. Massa (*Pro Hac Vice*)            SIDLEY AUSTIN LLP
      (dominic.massa@wilmerhale.com)               555 California Street
8                                                  San Francisco, California 94104
      WILMER CUTLER PICKERING HALE                 Telephone:  (415) 772-1200
9     AND DORR LLP                                 Facsimile:  (415) 772-7400
      60 State Street
10    Boston, Massachusetts 02109                  David T. Pritikin (*Pro Hac Vice*)
      Telephone: (617) 526-6000                    (dpritikin@sidley.com)
11    Facsimile: (617) 526-5000                    William H. Baumgartner, Jr. (*Pro Hac Vice*)
                                                   (wbaumgartner@sidley.com)
12                                                 SIDLEY AUSTIN LLP
      Mark D. Selwyn (SBN 244180)                  One South Dearborn Street
13    Nathan L. Walker (SBN 206128)                Chicago, Illinois 60603
      Christine Duh (SBN 228544)                   Telephone:  (312) 853-7000
14    WILMER CUTLER PICKERING HALE                 Facsimile:  (312) 853-7036
      AND DORR LLP
15    1117 California Avenue                       Attorneys for Defendants
      Palo Alto, California 94304                  JOHNSON & JOHNSON and
16    Telephone:  (650) 858-6000                   CORDIS CORPORATION
      Facsimile:  (650) 858-6100
17

18    Attorneys for Plaintiffs-Counterclaim
19    Defendants BOSTON SCIENTIFIC
      CORPORATION, BOSTON SCIENTIFIC
20    SCIMED, INC., SCIMED LIFE
      SYSTEMS, INC., and SCHNEIDER
21    (EUROPE) GmbH

22

23

24

25

26

27

28

-4-

JOINT STIPULATION AND ORDER ABOUT ACCUSED PRODUCTS — No. C 02-790 SI

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3

4    Dated: _____    _____

5                                          SUSAN ILLSTON
                                           United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-
JOINT STIPULATION AND ORDER ABOUT ACCUSED PRODUCTS — No. C 02-790 SI

# Exhibit 1

*Boston Scientific Corp. et al. v. Johnson & Johnson et al.,*  No. 02-790 SI (N.D. Cal. Filed Feb. 14, 2002)
**Value of the catheter portion of Cordis products sold inside the United States accused of infringing the Kastenhofer patents under 35 U.S.C. § 271(a)**

| | |
|---|---:|
| BX Sonic Over-the-Wire | $8,088,713 |
| BX Sonic with Hepacoat | $8,604,673 |
| BX Velocity on Raptor | $55,678,858 |
| BX Velocity with Hepacoat on Raptor | $28,856,820 |
| Charger | $2,919,430 |
| CrossFlex Over-the-Wire | $4,494,636 |
| Cypher Over-the-Wire | $116,689,648 |
| Jupiter | $2,208,089 |
| NC Raptor | $23,624,618 |
| Ninja | $11,425,825 |
| Ninja FX | $14,498,511 |
| Raptor | $11,111,109 |
| Titan | $212,145 |
| Titan Mega | $1,759,308 |
| Trakstar | $23,803 |
| Valor | $3,479 |
| Aviator | $18,750,955 |
| BX Velocity on Raptorrail | $37,460,529 |
| BX Velocity with Hepacoat on Raptorrail | $28,068,753 |
| Cypher Rapid-Exchange | $340,930,548 |
| Palmaz Genesis on Aviator | $18,485,500 |
| Raptorrail | $15,203,051 |
| **Total** | **$749,099,002** |

# Exhibit 2

*Boston Scientific Corp. et al. v. Johnson & Johnson et al.,*  No. 02-790 SI (N.D. Cal. Filed Feb. 14, 2002)
**Value of the catheter portion of Cordis products sold outside the United States accused of infringing the Kastenhofer patents under 35 U.S.C. § 271(f)**

| | |
|---|---|
| BX Sonic RX | $6,824,518 |
| BX Velocity | $6,169,983 |
| BX Velocity RX | $31,177,294 |
| BX Velocity with Hepacoat (OTW) | $6,878,558 |
| BX Velocity with Hepacoat RX | $542,515 |
| CrossFlex LC RX | $138,617 |
| Cypher RX | $152,586,778 |
| OmniPass | $419,076 |
| Tacker | $5,358,851 |
| WorldPass | $30,903,809 |
| | |
| **Total** | **$241,000,000** |

# Exhibit 3

*Boston Scientific Corp. et al. v. Johnson & Johnson et al.,*  No. 02-790 SI (N.D. Cal. Filed Feb. 14, 2002)
**Value of the catheter portion of Boston Scientific products accused of infringing the Fontirroche '594 patent**

| | Sold in the U.S. | Sold outside the U.S. | |
|---|---|---|---|
| Taxus Express2 RX | $356,560,256 | $89,563,877 | |
| Taxus Express2 OTW | $140,252,012 | $898 | |
| Taxus Liberte RX | - | $37,268,794 | |
| Express2 RX | $63,333,824 | $4,333,333 | |
| Express2 OTW | $28,660,263 | $1,048 | |
| Liberte OTW | $4,262,995 | - | |
| Liberte RX | $12,783,801 | $53,094,291 | |
| Maverick OTW | $201,255,768 | $46,658,921 | |
| Maverick RX | $21,588,879 | $1,274,100 | |
| Maverick2 RX | $326,849,244 | $27,584,025 | |
| Maverick XL | $4,132,930 | $6,503,836 | |
| Quantum Maverick OTW | $43,073,407 | $149,689 | |
| Quantum Maverick RX | $142,786,269 | $182,529,686 | |
| UltraSoft SV | $10,238,376 | $19,037,502 | |
| **Total** | $1,355,778,024 | $468,000,000 | **$1,823,778,024** |