1  Robert B. Morrill, <rmorrill@sidley.com> (SBN 035488)
   SIDLEY AUSTIN LLP
2  555 California Street, Suite 2000
   San Francisco, California 94104
3  Telephone:    (415) 772-1200
   Facsimile:    (415) 772-7400
4
   David T. Pritikin, <dpritikin@sidley.com> (*pro hac vice*)
5  William H. Baumgartner, Jr., <wbaumgartner@sidley.com> (*pro hac vice*)
   SIDLEY AUSTIN LLP
6  One South Dearborn Street
   Chicago, Illinois 60603
7  Telephone:    (312) 853-7000
   Facsimile:    (312) 853-7036
8
   *Attorneys for Defendants*
9  *Johnson & Johnson and Cordis Corporation*

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13  ──────────────────────────────────  )  No. C 02-790 SI
    BOSTON SCIENTIFIC CORPORATION,    )
14  BOSTON SCIENTIFIC SCIMED, INC.,   )
    SCIMED LIFE SYSTEMS, INC., and    )  **[PROPOSED] ORDER GRANTING**
15  SCHNEIDER (EUROPE) GmbH,          )  **REQUEST FOR REMOVAL OF**
                                      )  **EQUIPMENT FROM TRIAL**
16              Plaintiffs,           )
                                      )
17        vs.                         )
                                      )
18  JOHNSON & JOHNSON                 )
    and CORDIS CORPORATION,           )
19                                    )
                Defendants.           )
20  ──────────────────────────────────  )
                                      )
21  CORDIS CORPORATION,               )
                                      )
22          Counterclaim-Plaintiff,   )
                                      )
23        vs.                         )
                                      )
24  BOSTON SCIENTIFIC CORPORATION,   )
    BOSTON SCIENTIFIC SCIMED, INC.,  )
25  SCIMED LIFE SYSTEMS, INC., and   )
    SCHNEIDER (EUROPE) GmbH,         )
26                                    )
            Counterclaim-Defendants.  )
27  ──────────────────────────────────  )

28

────────────────────────────────────────────────
[PROPOSED] ORDER REQUEST FOR REMOVAL OF EQUIPMENT FROM TRIAL
No. C 02-790 SI

**ORDER**

Equipment for trial in this matter, including but not limited to computers and computer monitors; projectors and projection screens; audio electronics equipment such as amplifiers and audio systems; cables and wiring; laser pointers; easels; poster boards; carts; shelving; and boxes of trial-oriented materials and documents, may be removed from the Courthouse by counsel for Plaintiffs (Wilmer Cutler Pickering Hale and Dorr LLP), counsel for Defendants (Sidley Austin LLP), TrialGraphix, Inc., Fulcrum Legal Graphics, and their respective couriers (including Specialized Legal Services and Careful Courier) on Tuesday, October 23, 2007, and continuing until close of business on Monday, October 29, 2007.

SO ORDERED.

DATED: October 24 , 2007

s/Charles Breyer for Susan Illston

_____
UNITED STATES DISTRICT JUDGE