IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOSTON SCIENTIFIC CORPORATION ET AL,   No. C 02-00790 SI

    Plaintiff,   **JUDGMENT**

  v.

JOHNSON & JOHNSON ET AL,

    Defendant.
                                 /

This action came on for trial before the jury, the Honorable Susan Illston, United States District Judge presiding. The issues having been tried before the Court and special verdict rendered on October 31, 2007.

IT IS ORDERED AND ADJUDGED that pursuant to the findings, judgment shall be entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED**.

Dated: 11/1/07

                                               SUSAN ILLSTON
                                               United States District Judge

**United States District Court**
For the Northern District of California