William F. Lee (*admitted in N.D. Cal.*)
Dominic E. Massa (*admitted pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (SBN 244180)
Nathan L. Walker (SBN 206128)
Christine Duh (SBN 228544)
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiffs-Counterclaim Defendants,
BOSTON SCIENTIFIC CORPORATION,
BOSTON SCIENTIFIC SCIMED, INC.,
SCIMED LIFE SYSTEMS, INC., and
SCHNEIDER (EUROPE) GmbH

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC. and SCHNEIDER (EUROPE) GmbH,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>    Defendants. | Civil Action No. 02-0790 SI<br><br>**JOINT STIPULATION REGARDING THE SCHEDULE FOR BOSTON SCIENTIFIC'S OBJECTIONS TO CORDIS'S BILL OF COSTS** |
| CORDIS CORPORATION<br><br>    Counterclaim Plaintiffs,<br><br>  v.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC. and SCHNEIDER (EUROPE) GmbH,<br><br>    Counterclaim Defendants. | |

Plaintiffs and Counterclaim-Defendants Boston Scientific Corporation, Boston Scientific SciMed, Inc., SciMed Life Systems, Inc., and Schneider (Europe) GmbH (collectively, "Boston Scientific") and Defendant and Counterclaim-Plaintiff Cordis Corporation and Defendant Johnson & Johnson (collectively, "Cordis"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The Court initially entered judgment on Cordis's behalf on November 1, 2007 (Docket No. 795).

2. On November 9, 2007, the parties requested that this Court vacate said judgment so that the parties would have sufficient time to brief numerous post-trial issues. (Docket No. 799).

3. On November 13, 2007, the Court granted the parties' motion, vacated the November 1, 2007 judgment, and ordered post-trial briefing to be filed on December 14, 2007. (Docket No. 800).

4. On December 14, 2007, Cordis submitted a Bill of Costs for this matter. (Docket Nos. 819–820).

5. To remove any scheduling ambiguity arising from the vacated judgment, the parties have agreed that if Cordis is the "prevailing party" after the Court's ruling on the parties' post-trial motions, then Boston Scientific will file its Civil Local Rule 54-2 objections to Cordis's Bill of Costs within ten (10) days of the entry of such judgment. If Boston Scientific is the "prevailing party" after the Court's ruling on the parties' post-trial motions, then Boston Scientific will file its Civil Local Rule 54-1 Bill of Costs within fourteen (14) days of the entry of such judgment and Cordis will file its Civil Local Rule 54-2 objections within ten (10) days after service of Boston Scientific's Bill of Costs.

Now, therefore, based on the foregoing stipulation and agreement, the parties jointly move the Court to enter the Proposed Order set forth below.

By: /S/ Dominic E. Massa[1]
Dominic E. Massa (*pro have vice*)

WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiffs and Counterclaim Defendants BOSTON SCIENTIFIC CORPORATION,
BOSTON SCIENTIFIC SCIMED, INC.,
SCIMED LIFE SYSTEMS, INC., and
SCHNEIDER (EUROPE) GmbH.

By: /S/ Teague I. Donahey
Teague I. Donahey (SBN 197531)

SIDLEY AUSTIN LLP
555 California St.
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Defendants JOHNSON & JOHNSON and CORDIS CORPORATION

---

[1] Pursuant to General Order 45(X), I, Dominic E. Massa, hereby certify that concurrence in the filing of this document has been obtained from Teague I. Donahey.

3   JOINT STIPULATION REGARDING SCHEDULE FOR BOSTON SCIENTIFIC'S OBJECTIONS TO CORDIS'S BILL OF COSTS

**[PROPOSED] ORDER**

Having received and reviewed the Joint Stipulation Regarding the Schedule for Boston Scientific's Objections to Cordis's Bill of Costs, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. If Cordis is the "prevailing party" after the Court's ruling on the parties' post-trial motions, then Boston Scientific will file its Civil Local Rule 54-2 objections to Cordis's Bill of Costs within ten (10) days of the entry of such judgment.

2. If Boston Scientific is the "prevailing party" after the Court's ruling on the parties' post-trial motions, then Boston Scientific will file its Civil Local Rule 54-1 Bill of Costs within fourteen (14) days of the entry of such judgment and Cordis will file its Civil Local Rule 54-2 objections within ten (10) days after service of Boston Scientific's Bill of Costs.

DATED: January ___, 2008

_____
UNITED STATES DISTRICT JUDGE