1  Robert B. Morrill, <rmorrill@sidley.com> (SBN 035488)
   Teague I. Donahey, <tdonahey@sidley.com> (SBN 197531)
2  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
3  San Francisco, California  94104
   Telephone:    (415) 772-1200
4  Facsimile:    (415) 772-7400

5  David T. Pritikin, <dpritikin@sidley.com> (*pro hac vice*)
   William H. Baumgartner, Jr. <wbaumgartner@sidley.com> (*pro hac vice*)
6  SIDLEY AUSTIN LLP
   1 S. Dearborn Street
7  Chicago, Illinois  60603
   Telephone:    (312) 853-7000
8  Facsimile:    (312) 853-7036

9  *Attorneys for Defendants*
   *Johnson & Johnson and Cordis Corporation*
10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14  BSC CORPORATION, BSC SCIMED, INC.,     )    No. C 02-790 SI (filed Feb. 14, 2002)
    SCIMED LIFE SYSTEMS, INC., and         )
    SCHNEIDER (EUROPE) GmbH,               )
15                                         )    **J&J/CORDIS'S MOTION AND PROPOSED**
                                           )    **ORDER FOR ADMINISTRATIVE RELIEF**
16              Plaintiffs,                )    **TO FILE A SURREPLY TO BOSTON**
                                           )    **SCIENTIFIC'S REPLY BRIEF IN**
17        vs.                             )    **SUPPORT OF ITS RENEWED MOTION**
                                           )    **FOR JUDGMENT AS A MATTER OF LAW**
18  JOHNSON & JOHNSON                      )    **OF NONINFRINGEMENT OF THE**
    and CORDIS CORPORATION,                )    **FONTIRROCHE PATENT**
19                                         )
                Defendants.               )
20                                         )
                                           )
21  _____       )
                                           )
22  CORDIS CORPORATION,                    )    Date:  Friday, Feb. 15, 2008
                                           )    Time:  9:00 a.m.
23              Counterclaim-Plaintiff,    )    Place: Courtroom 10, 19th floor
                                           )
24        vs.                             )
                                           )
25  BSC CORPORATION, BSC SCIMED, INC.,     )
    SCIMED LIFE SYSTEMS, INC., and         )
26  SCHNEIDER (EUROPE) GmbH,               )
                                           )
27              Counterclaim-Defendants.   )
                                           )
28 _____
    J&J/CORDIS'S MOTION AND PROPOSED ORDER FOR ADMINISTRATIVE RELIEF TO FILE A
    SURREPLY TO BOSTON SCIENTIFIC'S REPLY BRIEF IN SUPPORT OF ITS RENEWED MOTION
    FOR JUDGMENT AS A MATTER OF LAW OF NONINFRINGEMENT OF THE FONTIRROCHE
    PATENT/ No. C 02-790 SI

1    Pursuant to LR 7-11 and 7-3(d), Cordis Corporation respectfully requests leave to file the

2    attached surreply brief (Exhibit A) to address an argument that was first made by BSC in reply

3    (relating to whether Cordis's equivalents theory was disclosed before trial in its final infringement

4    contentions).

5    Dated: February 4, 2008                          By:  /s/ David T. Pritikin

6                                                          Robert B. Morrill (SBN 035488)
                                                          Teague I. Donahey (SBN 197531)
7                                                          SIDLEY AUSTIN LLP
                                                          555 California Street, Suite 2000
8                                                          San Francisco, California  94104
                                                          Telephone:  (415) 772-1200
9                                                          Facsimile:   (415) 772-7400

10                                                         David T. Pritikin (*pro hac vice*)
                                                          William H. Baumgartner, Jr. (*pro hac vice*)
11                                                         SIDLEY AUSTIN LLP
                                                          One South Dearborn Street
12                                                         Chicago, Illinois  60603
                                                          Telephone:  (312) 853-7000
13                                                         Facsimile:   (312) 853-7036

14                                                         JOHNSON & JOHNSON and
                                                          CORDIS CORPORATION
15                                                         Eric I. Harris (Of Counsel)
                                                          One Johnson & Johnson Plaza
16                                                         New Brunswick, New Jersey  08933
                                                          Telephone:  (732) 524-2444
17                                                         Facsimile:   (732) 524-2788

18                                                         *Attorneys for Defendants*
                                                          *Johnson & Johnson and Cordis Corporation*
19

20

21   IT IS SO ORDERED.

22

23   Dated: February ___, 2008                          _____
                                                              SUSAN ILLSTON
24                                                          United States District Judge

25

26

27

28

---