IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, et al., | No. C 02-00790 SI |
| Plaintiffs, | **ORDER REQUESTING SUPPLEMENTAL BRIEFING** |
| v. | |
| JOHNSON & JOHNSON, et al., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

Currently before the Court is the motion by Cordis for damages and injunctive relief or, in the alternative, for a new jury trial on damages. The Court believes that additional briefing on this motion would be helpful. Specifically, the Court asks the parties to file supplemental letter briefs, not exceeding five pages, on the question of how 35 U.S.C. § 284, which states that "[w]hen the damages are not found by a jury, the court shall assess them," affects the parties' Seventh Amendment rights. **The parties shall file such briefs no later than 10:00 a.m. on Thursday, February 14, and shall be prepared to discuss this question at oral argument.**

**IT IS SO ORDERED.**

Dated: February 11, 2008

SUSAN ILLSTON
United States District Judge