[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>Defendants. | No. C 02-790 SI (filed Feb. 14, 2002)<br><br>**SCHEDULING STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER** |
| CORDIS CORPORATION,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Counterclaim-Defendants. | |

Pursuant to the Court's February 19, 2008 *Order Re: Various Post-Trial Motions*, Plaintiff Boston Scientific Corporation ("BSC") and Defendants Johnson & Johnson and Cordis Corporation ("Cordis") respectfully request that the Court enter the following briefing and hearing schedule to address the remaining post-trial damages issues in accordance with the Court's February 19, 2008 Order. A Supplemental Case Management Order reflecting this schedule is attached.

| Event | Date |
|---|---|
| Cordis to file opening brief regarding prospective relief. | May 9, 2008 |
| Boston Scientific to file response brief. | June 6, 2008 |
| Cordis to file reply brief. | June 27, 2008 |
| Hearing regarding prospective relief. | July 18, 2008 at 9:00 a.m. |

Dated: April 9, 2008

By: /s/ Dominic E. Massa

William F. Lee (Admitted in N.D. Cal.)
(william.lee@wilmerhale.com)
Dominic E. Massa (*Pro Hac Vice*)
(dominic.massa@wilmerhale.com)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (SBN 244180)
Nathan L. Walker (SBN 206128)
Christine Duh (SBN 228544)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiffs-Counterclaim
Defendants BOSTON SCIENTIFIC

By: /s/ William H. Baumgartner

Robert B. Morrill (SBN 035488)
(rmorrill@sidley.com)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

David T. Pritikin (*Pro Hac Vice*)
(dpritikin@sidley.com)
William H. Baumgartner, Jr. (*Pro Hac Vice*)
(wbaumgartner@sidley.com)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Defendants
JOHNSON & JOHNSON and
CORDIS CORPORATION

**SCHEDULING STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER**
**CASE NO. 02 C 0790 SI**

1  CORPORATION, BOSTON SCIENTIFIC
   SCIMED, INC., SCIMED LIFE
2  SYSTEMS, INC., and SCHNEIDER
   (EUROPE) GmbH
3

**SCHEDULING STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER**
**CASE NO. 02 C 0790 SI**

**SUPPLEMENTAL CASE MANAGEMENT ORDER**

| Event | Date |
|---|---|
| Cordis to file opening brief regarding prospective relief. | May 9, 2008 |
| Boston Scientific to file response brief. | June 6, 2008 |
| Cordis to file reply brief. | June 27, 2008 |
| Hearing regarding prospective relief. | July 18, 2008 at 9:00 a.m. |

Dated: _____ _____
SUSAN ILLSTON
United States District Judge