[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>Defendants. | No. C 02-790 SI (filed Feb. 14, 2002)<br><br>**PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER** |
| CORDIS CORPORATION,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Counterclaim-Defendants. | |

US1DOCS 6636842v1

## SUPPLEMENTAL CASE MANAGEMENT ORDER

| Event | Date |
|---|---|
| Cordis to file opening brief regarding prospective relief. | May 9, 2008 |
| Boston Scientific to file response brief. | June 6, 2008 |
| Cordis to file reply brief. | June 27, 2008 |
| Hearing regarding prospective relief. | July 25, 2008 at 9:00 a.m. |

Dated: _____

_____
SUSAN ILLSTON
United States District Judge

US1DOCS 6636842v1