[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>Defendants.| No. C 02-790 SI (filed Feb. 14, 2002)<br><br>**SCHEDULING STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER** |
| CORDIS CORPORATION,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Counterclaim-Defendants. | |

**SCHEDULING STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER**
**CASE NO. 02 C 0790 SI**

Plaintiffs Boston Scientific Corporation, Boston Scientific Scimed, Inc., Scimed Life Systems, Inc., and Schneider (Europe) GmbH (collectively "BSC") and Defendants Johnson & Johnson and Cordis Corporation ("Cordis") jointly and respectfully request that the Court modify the briefing schedule (set forth in the May 28, 2008 Supplemental Case Management Order and the July 8, 2008 Supplemental Case Management Order) as described in the table below. The scheduled date for the hearing regarding prospective relief would remain the same (Oct. 3, 2008, at 9:00 a.m.), and the requested modification to the briefing schedule will ensure that the issues for resolution are fully briefed two weeks prior to the hearing.

| Event | Current Date | New Date |
| --- | --- | --- |
| Boston Scientific to file response brief. | July 11, 2008 | July 25, 2008 |
| Cordis to file reply brief. | Aug. 22, 2008 | Sept. 19, 2008 |

Dated: July 9, 2008

By: /s/ Dominic E. Massa

William F. Lee (Admitted in N.D. Cal.)
(william.lee@wilmerhale.com)
Dominic E. Massa (*Pro Hac Vice*)
(dominic.massa@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (SBN 244180)
Nathan L. Walker (SBN 206128)
Christine Duh (SBN 228544)
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Attorneys for Plaintiffs-Counterclaim Defendants BOSTON SCIENTIFIC

By: /s/ William H. Baumgartner

Robert B. Morrill (SBN 035488)
(rmorrill@sidley.com)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

David T. Pritikin (*Pro Hac Vice*)
(dpritikin@sidley.com)
William H. Baumgartner, Jr. (*Pro Hac Vice*)
(wbaumgartner@sidley.com)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Defendants
JOHNSON & JOHNSON and
CORDIS CORPORATION

**SCHEDULING STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER**
**CASE NO. 02 C 0790 SI**

1  CORPORATION, BOSTON SCIENTIFIC
   SCIMED, INC., SCIMED LIFE
2  SYSTEMS, INC., and SCHNEIDER
   (EUROPE) GmbH
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SCHEDULING STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER**
**CASE NO. 02 C 0790 SI**

**SUPPLEMENTAL CASE MANAGEMENT ORDER**

| Event | Current Date | New Date |
|---|---|---|
| Boston Scientific to file response brief. | July 11, 2008 | July 25, 2008 |
| Cordis to file reply brief. | Aug. 22, 2008 | Sept. 19, 2008 |

Dated: _____  _____
SUSAN ILLSTON
United States District Judge

**SCHEDULING STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER
CASE NO. 02 C 0790 SI**