[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>Defendants. | No. C 02-790 SI (filed Feb. 14, 2002)<br><br>**SCHEDULING STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER** |
| CORDIS CORPORATION,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Counterclaim-Defendants. | |

**SCHEDULING STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER**
**CASE NO. 02 C 0790 SI**

Plaintiffs Boston Scientific Corporation, Boston Scientific Scimed, Inc., Scimed Life Systems, Inc., and Schneider (Europe) GmbH (collectively "BSC") and Defendants Johnson & Johnson and Cordis Corporation ("Cordis") request that the Court modify the briefing schedule (set forth in the May 28, 2008 Supplemental Case Management Order, the July 8, 2008 Supplemental Case Management Order, and the July 10 Supplemental Case Management Order) as described in the table below. The scheduled date for the hearing regarding prospective relief would remain the same (Oct. 3, 2008, at 9:00 a.m.)

| Event | Current Date | New Date |
|---|---|---|
| Cordis to file reply brief. | September 19, 2008 | September 22, 2008 |

Dated: September 19, 2008

By: /s/ Dominic E. Massa

William F. Lee (Admitted in N.D. Cal.)
(william.lee@wilmerhale.com)
Dominic E. Massa (*Pro Hac Vice*)
(dominic.massa@wilmerhale.com)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (SBN 244180)
Nathan L. Walker (SBN 206128)
Christine Duh (SBN 228544)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiffs-Counterclaim
Defendants BOSTON SCIENTIFIC
CORPORATION, BOSTON SCIENTIFIC
SCIMED, INC., SCIMED LIFE
SYSTEMS, INC., and SCHNEIDER
(EUROPE) GmbH

By: /s/ David T. Pritikin

Robert B. Morrill (SBN 035488)
(rmorrill@sidley.com)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

David T. Pritikin (*Pro Hac Vice*)
(dpritikin@sidley.com)
William H. Baumgartner, Jr. (*Pro Hac Vice*)
(wbaumgartner@sidley.com)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Defendants
JOHNSON & JOHNSON and
CORDIS CORPORATION

**SCHEDULING STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER**
**CASE NO. 02 C 0790 SI**

**SUPPLEMENTAL CASE MANAGEMENT ORDER**

| Event | Current Date | New Date |
|---|---|---|
| Cordis to file reply brief. | September 19, 2008 | September 22, 2008 |

Dated: _____

SUSAN ILLSTON
United States District Judge

**SCHEDULING STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER**
**CASE NO. 02 C 0790 SI**

CH1 4414284v.1