[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>Defendants. | No. C 02-790 SI (filed Feb. 14, 2002)<br><br>**STIPULATION AND PROPOSED ORDER REGARDING JANUARY 22, 2009 EVIDENTIARY HEARING**<br><br>The evidentiary hearing has been continued to MONDAY, FEBRUARY 2, 2009, AT 10:00 A.M. |
| CORDIS CORPORATION,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Counterclaim-Defendants. | |

**STIPULATION REGARDING JANUARY 22, 2009 EVIDENTIARY HEARING**
**CASE NO. 02 C 0790 SI**

Plaintiffs Boston Scientific Corporation, Boston Scientific Scimed, Inc., Scimed Life Systems, Inc., and Schneider (Europe) GmbH (collectively "BSC") and Defendants Johnson & Johnson and Cordis Corporation ("Cordis") respectfully request that the Court conduct the January 22, 2009 evidentiary hearing – where the Court will consider evidence on a reasonable rate for an ongoing royalty for Cordis's '594 patent – according to the following agreed procedure.

1. The parties will equally split the available hearing time and may use that time for direct examination and cross-examination of witnesses.

2. The parties agree that the May 9, 2008 Declaration of Lawrence Wu, the May 9, 2008 Declaration of Marlene Valenti, the July 25, 2008 Declaration of Ray Sims, and the September 22, 2008 Declaration of Lawrence Wu (including the appendices and other attachments to the foregoing) shall be treated as though given as live testimony on direct at the hearing.

3. Only two witnesses will testify at the hearing: Lawrence Wu and Ray Sims. Cordis can, at its option, present a live direct from Dr. Wu (limited to matters addressed in his declarations), request that the Court treat his declarations as his direct testimony, or combine the two. In any event, Dr. Wu will be made available for live cross-examination by BSC at the hearing. BSC can, at its option, present a live direct from Mr. Sims (limited to the matters addressed in his declaration), request that the Court treat his declaration as his direct testimony, or combine the two. In any event, Mr. Sims will be made available for live cross-examination by Cordis at the hearing.

4. The parties shall exchange exhibit lists and marked copies of the exhibits themselves on January 15, 2009. These lists need not include demonstrative exhibits, exhibits that the parties intend to use solely for cross-examination of witnesses at the hearing, prior filings or orders from this case, or exhibits previously admitted at trial. To the extent that the parties wish to submit additional, new exhibits on the exhibit list, such exhibits shall be limited to those documents discussed or relied on in the declarations.

5. No later than January 20, 2009 at 3:00 p.m. Pacific Time, the parties shall exchange color copies of the demonstrative exhibits that they intend to use at the hearing.

Dated: December 31, 2008

By: /s/ Dominic E. Massa

William F. Lee (Admitted in N.D. Cal.)
(william.lee@wilmerhale.com)
Dominic E. Massa (*Pro Hac Vice*)
(dominic.massa@wilmerhale.com)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street

By: /s/ William H. Baumgartner, Jr.

Robert B. Morrill (SBN 035488)
(rmorrill@sidley.com)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

| | |
|---|---|
| Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>Mark D. Selwyn (SBN 244180)<br>Nathan L. Walker (SBN 206128)<br>Christine Duh (SBN 228544)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1117 California Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>Attorneys for Plaintiffs-Counterclaim Defendants BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH | David T. Pritikin (*Pro Hac Vice*)<br>(dpritikin@sidley.com)<br>William H. Baumgartner, Jr. (*Pro Hac Vice*)<br>(wbaumgartner@sidley.com)<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>Attorneys for Defendants<br>JOHNSON & JOHNSON and<br>CORDIS CORPORATION |

SO ORDERED.

Dated: _____  _____
                             SUSAN ILLSTON
                             United States District Judge

**STIPULATION REGARDING JANUARY 22, 2009 EVIDENTIARY HEARING**
**CASE NO. 02 C 0790 SI**