1  [SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHNSON & JOHNSON and CORDIS CORPORATION, <br><br> Defendants. | No. C 02-790 SI (filed Feb. 14, 2002) <br><br> **SCHEDULING STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER** |
| CORDIS CORPORATION, <br><br> Counterclaim-Plaintiff, <br><br> vs. <br><br> BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH, <br><br> Counterclaim-Defendants. | |

**SCHEDULING STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER**
**CASE NO. 02 C 0790 SI**

Whereas Plaintiff Boston Scientific Corporation ("BSC") is in the process of collecting sales data for the period since the date of the verdict (October 31, 2007) to produce to Defendants Johnson & Johnson and Cordis Corporation ("Cordis");

Whereas the parties require additional time in order to discuss that data and to negotiate the terms of an order for final judgment;

Now, therefore, BSC and Cordis respectfully request that the Court modify the current case schedule as described in the table below.

| Event | Current Date | New Date |
|---|---|---|
| Submission of joint form of order for final judgment | May 1, 2009 | May 15, 2009 |

Dated: April 30, 2009

By: /s/ Mark D. Selwyn

William F. Lee (Admitted in N.D. Cal.)
(william.lee@wilmerhale.com)
Dominic E. Massa (*Pro Hac Vice*)
(dominic.massa@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
Nathan L. Walker (SBN 206128)
(nathan.walker@wilmerhale.com)
Christine Duh (SBN 228544)
(christine.duh@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

By: /s/ Theodore W. Chandler

Robert B. Morrill (SBN 035488)
(rmorrill@sidley.com)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

David T. Pritikin (*Pro Hac Vice*)
(dpritikin@sidley.com)
William H. Baumgartner, Jr. (*Pro Hac Vice*)
(wbaumgartner@sidley.com)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Theodore W. Chandler
(tchandler@sidley.com)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

**SCHEDULING STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER**
**CASE NO. 02 C 0790 SI**

| | |
|---|---|
| Attorneys for Plaintiffs-Counterclaim Defendants BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH | Attorneys for Defendants JOHNSON & JOHNSON and CORDIS CORPORATION |

**SCHEDULING STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER**
**CASE NO. 02 C 0790 SI**

**SUPPLEMENTAL CASE MANAGEMENT ORDER**

| Event | Current Date | New Date |
|---|---|---|
| Submission of joint form of order for final judgment | May 1, 2009 | May 15, 2009 |

Dated: _____   _____
                                                                     SUSAN ILLSTON
                                                              United States District Judge

---

**SCHEDULING STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER**
**CASE NO. 02 C 0790 SI**