[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>Defendants. | No. C 02-790 SI (filed Feb. 14, 2002)<br><br>**SCHEDULING STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER** |
| CORDIS CORPORATION,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH,<br><br>Counterclaim-Defendants. | |

Whereas Plaintiff Boston Scientific Corporation ("BSC") is continuing to collect sales data for the period since the date of the verdict (October 31, 2007) to produce to Defendants Johnson & Johnson and Cordis Corporation ("Cordis");

Whereas the parties require additional time in order to discuss that data and to negotiate the terms of an order for final judgment;

Now, therefore, BSC and Cordis respectfully request that the Court modify the current case schedule as described in the table below.

| Event | Current Date | New Date |
|---|---|---|
| Submission of joint form of order for final judgment | May 15, 2009 | June 15, 2009 |

Dated: May 15, 2009

By: /s/ Mark D. Selwyn

William F. Lee (Admitted in N.D. Cal.)
(william.lee@wilmerhale.com)
Dominic E. Massa (*Pro Hac Vice*)
(dominic.massa@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
Nathan L. Walker (SBN 206128)
(nathan.walker@wilmerhale.com)
Christine Duh (SBN 228544)
(christine.duh@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

By: /s/ Theodore W. Chandler

Robert B. Morrill (SBN 035488)
(rmorrill@sidley.com)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

David T. Pritikin (*Pro Hac Vice*)
(dpritikin@sidley.com)
William H. Baumgartner, Jr. (*Pro Hac Vice*)
(wbaumgartner@sidley.com)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Theodore W. Chandler
(tchandler@sidley.com)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

| | | |
|---|---|---|
| 1 | | |
| 2 | Attorneys for Plaintiffs-Counterclaim Defendants BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC., and SCHNEIDER (EUROPE) GmbH | Attorneys for Defendants JOHNSON & JOHNSON and CORDIS CORPORATION |

**SCHEDULING STIPULATION AND PROPOSED SUPPLEMENTAL CASE MANAGEMENT ORDER**
**CASE NO. 02 C 0790 SI**

**SUPPLEMENTAL CASE MANAGEMENT ORDER**

| Event | Current Date | New Date |
|---|---|---|
| Submission of joint form of order for final judgment | May 15, 2009 | June 15, 2009 |

Dated: _____ _____
SUSAN ILLSTON
United States District Judge