William F. Lee (*admitted in N.D. Cal.*)
Dominic E. Massa (*admitted pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (SBN 244180)
Nathan L. Walker (SBN 206128)
Christine Duh (SBN 228544)
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiffs-Counterclaim Defendants,
BOSTON SCIENTIFIC CORPORATION,
BOSTON SCIENTIFIC SCIMED, INC.,
SCIMED LIFE SYSTEMS, INC., and
SCHNEIDER (EUROPE) GmbH

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC. and SCHNEIDER (EUROPE) GmbH,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>　　　　　　Defendants. | Civil Action No. 02-0790 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |
| CORDIS CORPORATION<br><br>　　　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC., SCIMED LIFE SYSTEMS, INC. and SCHNEIDER (EUROPE) GmbH,<br><br>　　　　　　Counterclaim Defendants. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby move for an order dismissing all claims and counterclaims in this action, with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

Dated: October 8, 2009                WILMER CUTLER PICKERING HALE AND DORR LLP

                                      By:    /s/ Mark D. Selwyn
                                             Mark D. Selwyn

                                      Attorneys for Plaintiffs-Counterclaim Defendants

Dated: October 8, 2009                SIDLEY AUSTIN LLP

                                      By:    /s/ Theodore W. Chandler
                                             Theodore W. Chandler

                                      Attorneys for Defendants-Counterclaim Plaintiffs

1     PURSUANT TO STIPULATION, this matter is hereby dismissed with prejudice, with all
2 parties to bear their own attorneys' fees and costs.
3     IT IS SO ORDERED.

4

5 Dated: _____     */s/ Susan Illston*
6     Honorable Susan Illston
    JUDGE OF THE U.S. DISTRICT COURT